1  Leonard M. Shulman – Bar No. 126349
   Melissa R. Davis – Bar No. 245521
2  **SHULMAN HODGES & BASTIAN LLP**
   26632 Towne Centre Drive, Suite 300
3  Foothill Ranch, California 92610-2808
   Telephone:    (949) 340-3400
4  Facsimile:    (949) 340-3000
   E-mail:        lshulman@shbllp.com; mdavis@shbllp.com
5
   General Counsel for the Official Committee of Unsecured Creditors
6  of the Bankruptcy Estate of Ezri Namvar

7

8                    **UNITED STATES BANKRUPTCY COURT**

9          **CENTRAL DISTRICT OF CALIFORNIA, LOS ANGELES DIVISION**

10

11  | In re | Case No. 2:09-bk-25523-BR |

12

13  **BESHMADA, LLC,**                          Chapter 11

14          Debtor.

15                                              **JOINDER OF THE OFFICIAL COMMITTEE
                                                OF UNSECURED CREDITORS OF THE
16                                              BANKRUPTCY ESTATE OF EZRI NAMVAR
                                                TO THE OPPOSITION OF THE OFFICIAL
17                                              COMMITTEE OF UNSECURED CREDITORS
                                                OF NAMCO CAPITAL GROUP TO THE
18                                              MOTION OF BESHMADA, LLC FOR AN
                                                ORDER APPROVING RESTRUCTURING
19                                              AGREEMENT AND FURTHER OPPOSITION
                                                BY THE OFFICIAL COMMITTEE OF
20                                              UNSECURED CREDITORS OF THE
                                                BANKRUPTCY ESTATE OF EZRI NAMVAR
21                                              TO THE MOTION OF R. TODD NEILSON,
                                                CHAPTER 11 TRUSTEE, FOR AN ORDER
22                                              APPROVING RESTRUCTURING
                                                AGREEMENT**

23
                                                Date:     March 10, 2010
24                                              Time:     10:00 a.m.
                                                Place:    Courtroom 1668
25

26

27

28

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610                                          1

G:\Wp\Cases\M-N\Namvar, Ezri\Pld\Restructuring Agreement_Opp-Beshmada.doc

3985-000\EXP. 59

1    **TO THE HONORABLE BARRY RUSSELL, THE DEBTOR AND HIS COUNSEL,**

2    **THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL OTHER PARTIES IN**

3    **INTEREST:**

4    The Official Committee of Unsecured Creditors of the bankruptcy estate of Ezri Namvar

5    ("Committee") hereby gives notice that it joins in the Official Committee of Unsecured Creditors

6    of the bankruptcy estate of Namco Capital Group's Opposition to the Motion of Beshmada, LLC

7    for an Order Approving Restructuring Agreement ("Namco Opposition") and submits further

8    Opposition ("Opposition") to the Motion of R. Todd Neilson, Chapter 11 Trustee ("Trustee") for

9    an Order Approving Restructuring Agreement ("Motion") as follows:

10    **I.**

11    **OPPOSITION**

12    For all the reasons discussed in the Namco Opposition, the Committee believes that the

13    Motion should be denied in full and if not, then continued for approximately forty-five (45) days.

14    The Restructuring Agreement involves the settlement of funds claimed owed by an investor who

15    is distrusted by many of the creditors and thus, makes this issue very heated and important to the

16    Committee.  Most importantly, the Committees simply need more time to analyze the proposed

17    Restructuring Agreement to ensure it is the best possible offer and in the best interest of

18    creditors.

19    In addition, the Committee is in the process of considering hiring new financial advisors

20    and expects to make a decision shortly.[1] As such, the Committee needs more time to employ

21    financial advisors (if it decides to do so) and time for its new financial advisors to review the

22    proposed Restructuring Agreement and all underlying documents and financials in order to

23    advise the Committee on whether the proposal is proper and in the best interest of creditors.

24    ///

25    ///

26

27    _____
[1]    The previously employed financial advisors, Moore Stephens Wurth Frazer and Torbet,
LLP, at least in part, combined with Frost, PLLC forming Frazer Frost, LLP in January, 2010.

28

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

2

G:\Wp\Cases\M-N\Namvar, Ezri\Pld\Restructuring Agreement_Opp-Beshmada.doc
3985-000\EXP. 59

1    Finally, in the event the Court grants the Motion, the Committee vehemently requests the

2    Court require that a certain percentage of the funds received under the Restructuring Agreement

3    be set aside as a "carve-out" for unsecured creditors.

4    As this Court is aware, this case involves numerous creditors, over $1,095,690,946.36 in

5    proofs of claim filed to date in the Namvar case alone, most of the creditors being individuals

6    that loaned money to the Debtor for him to invest in real estate. Families have been dramatically

7    affected by the Debtor's actions and this bankruptcy case, including some who have lost their

8    homes.

9    The first interim fee applications of professionals totaled over $5 million and the second

10    interim fee applications close to that amount. While the Committee does not mean to deprive

11    payment to professionals for their hard-earned work, the Committee is very concerned about

12    unsecured creditors not receiving anything in this case. It appears the trustees in these cases are

13    certain that unsecured creditors will eventually be paid something. If that is the case, a "carve-

14    out" of funds should not be objectionable and for that reason, the Committee requests that a

15    certain percentage of funds received under the Restructuring Agreement be set aside specifically

16    for unsecured creditors.

**II.**

**CONCLUSION**

19    Based on all of the above, including the arguments set forth in the Namco Opposition, the

20    Committee respectfully requests the Motion be denied, or at the very least, continued for

21    approximately forty-five (45) days.

22

Dated: March 1, 2010                Respectfully submitted,

23

**SHULMAN HODGES & BASTIAN LLP**

24

25

/s/ Melissa R. Davis

26    _____
Leonard M. Shulman

27    Melissa R. Davis
Attorneys for the Official Committee of Unsecured

28    Creditors

SHULMAN HODGES &
BASTIAN LLP
26632 Towne Centre Drive
Suite 300
Foothill Ranch, CA 92610

3

G:\Wp\Cases\M-N\Namvar, Ezri\Pld\Restructuring Agreement_Opp-Beshmada.doc

3985-000\EXP. 59

| In re | Chapter 11 |
|---|---|
| **BESHMADA, LLC,** | |
| Debtors. | Case No. 2:09-bk-25523-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 26632 Towne Centre Drive, Suite 300, Foothill Ranch, CA 92610.

The foregoing document described **JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE BANKRUPTCY ESTATE OF EZRI NAMVAR TO THE OPPOSITION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF NAMCO CAPITAL GROUP TO THE MOTION OF BESHMADA, LLC FOR AN ORDER APPROVING RESTRUCTURING AGREEMENT AND FURTHER OPPOSITION BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF THE BANKRUPTCY ESTATE OF EZRI NAMVAR TO THE MOTION OF R. TODD NEILSON, CHAPTER 11 TRUSTEE, FOR AN ORDER APPROVING RESTRUCTURING AGREEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 1, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

■ Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ___, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 1, 2010,** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.* **VIA PERSONAL DELIVERY:**

Hon. Barry Russell
U.S. Bankruptcy Court
255 E. Temple St. #1660
Los Angeles, CA 90012

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 1, 2010 | Patricia A. Britton | /s/ Patricia A. Britton |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                  **F 9013-3.1**

## SERVICE LIST

**NEF**

David Gould     dgould@davidgouldlaw.com
Steven T Gubner     sgubner@ebg-law.com, ecf@ebg-law.com
Stuart I Koenig     Skoenig@cmkllp.com
John P Kreis     jkreis@attglobal.net
Jeffrey A Krieger     jkrieger@ggfirm.com
Joseph W Kruchek     joe.kruchek@kutakrock.com
David W. Meadows     david@davidwmeadowslaw.com
Ethan B Minkin     ethan.minkin@kutakrock.com
David Norouzi     david@norouzi.us
David M Poitras     dpoitras@jmbm.com
Samuel Price     sprice@donahoeyoung.com
Christopher S Reeder     creeder@reederlugreen.com
Joel G Samuels     jsamuels@sidley.com
David B Shemano     dshemano@pwkllp.com
Robyn B Sokol     ecf@ebg-law.com, rsokol@ebg-law.com
Sam Tabibian     sam.tabibian@gmail.com
United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
Howard J Weg     hweg@pwkllp.com


**VIA EMAIL**

Brian L Davidoff     bdavidoff@rutterhobbs.com, calendar@rutterhobbs.com;jreinglass@rutterhobbs.com