

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

ENTERED
JUL 2 3 2010
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                      Deputy Clerk

FILED
JUL 2 2 2010

In re                                              ) Case Number LA09-25523BR
                                                   ) Chapter 11
                                                   )
                                                   )
                                                   ) ORDER FOR FILING A CHAPTER 11
                                                   ) PLAN OF REORGANIZATION AND
BESHMADA LLC                                       ) DISCLOSURE STATEMENT AND
                                                   ) ORDER SETTING HEARING FOR
                                                   ) APPROVAL OF DISCLOSURE
                                                   ) STATEMENT
                                                   )
                                                   ) DATE: SEPTEMBER 14, 2010
                                                   ) TIME: 10:00 A.M.
                                                   ) PLACE: COURTROOM 1668 16th FLR
                                                   ) 255 E. TEMPLE STREET, LA, CA
      Debtor in Possession                         )

An involuntary petition was filed on this case on June 19, 2009. A stipulation for entry of order for relief and conversion of this bankruptcy case to chapter 11 was entered on July 1, 2010. The Court, having reviewed the debtor in possession's petition and attached documents, (to the extent that any documents, including schedules were filed with the petition) concludes that it is proper to set a deadline for the time to file the Plan of Reorganization and Disclosure Statement.

THEREFORE, IT IS HEREBY ORDERED that the debtor in possession file a Plan of Reorganization and Disclosure Statement on or before AUGUST 30, 2010. The Court will review the Plan of Reorganization and Disclosure Statement to assure compliance with Sections 1123 and 1125(a)(1) of the Bankruptcy Code.

IT IS FURTHER ORDERED that on SEPTEMBER 14, 2010 at 10:00 a.m., in Courtroom 1668 of the above entitled Court, a hearing for the purpose of setting a hearing will be held for the approval of the Disclosure Statement. However, if a Plan of Reorganization and Disclosure Statement have not been timely filed, the Court may either dismiss or convert the case at that time.

Counsel for debtor in possession is to forthwith serve a copy of this (<u>Order, Disclosure Statement and Chapter 11 plan</u>) on the United States Trustee, on all creditors' committees, and if there are no creditors' committees, then on the twenty largest unsecured creditors, and file a proof of service thereon with this Court at least two weeks prior to the above hearing date.

DATED: 7/22/10

BARRY RUSSELL
U.S. Bankruptcy Judge

CH11/SF