DAVID W. MEADOWS (SBN 137052)
Law Offices of David W. Meadows
1801 Century Park East, Suite 1250
Los Angeles, CA 90067
Tel: (310) 557-8490
Fax: (310) 557-8493
Email: david@davidwmeadowslaw.com

Proposed Counsel to Beshmada, LLC,
Debtor and Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | | |
|---|---|---|
| In re<br><br>BESHMADA, LLC,<br><br>Debtor and Debtor in Possession | ) | Case No. 2:09-bk-25523-BR<br><br>Chapter 11<br><br>**STATUS REPORT REGARDING HEARING SET ON INVOLUNTARY PETITION**<br><br>Hearing:<br><br>Date: July 28, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom 1668 |

**TO THE HONORABLE BARRY RUSSELL, UNITED STATES BANKRUPTCY JUDGE, AND INTERESTED PARTIES:**

The above-referenced hearing was set by the Court pursuant to an order (the "Order") approving the "Stipulation for Continuance of Date for Response to Involuntary Petition and Date of Status Conference" (the "Stipulation"). The Order continued the status conference on the involuntary petition against the above-referenced debtor to July 28, 2010 at 10:00 a.m.

On July 2, 2010, this Court entered an order approving a stipulation for entry of an order for relief.

On July 23, 2010, this Court entered its "Order For Filing A Chapter 11 Plan Of Reorganization And Disclosure Statement And Order Setting Hearing For Approval Of Disclosure Statement" (the July 23 Order"). This order set a hearing for September 14, 2010 for the purpose of setting a hearing for approval of the disclosure statement. A true and correct copy of the July 23 Order is attached.

The above-referenced Debtor requests that the status conference on July 28, 2010 be continued to the hearing on September 14, 2010 or otherwise be taken off calendar. Unless so notified by the Court, the undersigned counsel will appear on July 28 at 10:00 a.m.

Dated: July 26, 2010

LAW OFFICES OF DAVID W. MEADOWS

By: /s/ David W. Meadows
David W. Meadows

Proposed counsel for Beshmada, LLC, debtor and debtor in possession.

# Exhibit 1




UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re

BESHMADA LLC

Debtor in Possession

Case Number LA09-25523BR
Chapter 11

ORDER FOR FILING A CHAPTER 11 PLAN OF REORGANIZATION AND DISCLOSURE STATEMENT AND ORDER SETTING HEARING FOR APPROVAL OF DISCLOSURE STATEMENT

DATE: SEPTEMBER 14, 2010
TIME: 10:00 A.M.
PLACE: COURTROOM 1668 16th FLR
255 E. TEMPLE STREET, LA, CA

An involuntary petition was filed on this case on June 19, 2009. A stipulation for entry of order for relief and conversion of this bankruptcy case to chapter 11 was entered on July 1, 2010. The Court, having reviewed the debtor in possession's petition and attached documents, (to the extent that any documents, including schedules were filed with the petition) concludes that it is proper to set a deadline for the time to file the Plan of Reorganization and Disclosure Statement.

THEREFORE, IT IS HEREBY ORDERED that the debtor in possession file a Plan of Reorganization and Disclosure Statement on or before AUGUST 30, 2010. The Court will review the Plan of Reorganization and Disclosure Statement to assure compliance with Sections 1123 and 1125(a) (1) of the Bankruptcy Code.

IT IS FURTHER ORDERED that on SEPTEMBER 14, 2010 at 10:00 a.m., in Courtroom 1668 of the above entitled Court, a hearing for the purpose of setting a hearing will be held for the approval of the Disclosure Statement. However, if a Plan of Reorganization and Disclosure Statement have not been timely filed, the Court may either dismiss or convert the case at that time.

Counsel for debtor in possession is to forthwith serve a copy of this (Order, Disclosure Statement and Chapter 11 plan ) on the United States Trustee, on all creditors' committees, and if there are no creditors' committees, then on the twenty largest unsecured creditors, and file a proof of service thereon with this Court at least two weeks prior to the above hearing date.

DATED: 7/22/10.

BARRY RUSSELL
U.S. Bankruptcy Judge

CH11/SF

| In re: Beshmada, LLC Debtor(s). | CHAPTER 11<br>CASE NUMBER 2:09-25523-BR |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1801 Century Park East, Suite 1250, Los Angeles, CA 90067.

A true and correct copy of the foregoing document described **STATUS REPORT REGARDING HEARING ON INVOLUNTARY PETITION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 7/26/10, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On ________________________________ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 7/26/2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Hon. Barry Russell

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/26/2010 | David W. Meadows | /s/ David W. Meadows |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re: Beshmada, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-25523-BR |

I. (Continued)

- Gillian N Brown gbrown@pszjlaw.com, gbrown@pszjlaw.com
- Russell Clementson russell.clementson@usdoj.gov
- Melissa Davis mdavis@shbllp.com
- Alan W Forsley awf@fredmanlieberman.com, awf@fkllawfirm.com
- David Gould dgould@davidgouldlaw.com
- Steven T Gubner sgubner@ebg-law.com, ecf@ebg-law.com
- Stuart I Koenig Skoenig@cmkllp.com
- John P Kreis jkreis@attglobal.net
- Jeffrey A Krieger jkrieger@ggfirm.com
- Joseph W Kruchek joe.kruchek@kutakrock.com
- David W. Meadows david@davidwmeadowslaw.com
- Ethan B Minkin ethan.minkin@kutakrock.com
- David Norouzi david@norouzi.us
- Walter K Oetzell woetzell@dgdk.com
- David M Poitras dpoitras@jmbm.com
- Samuel Price sprice@pooleshaffery.com
- Uzzi O Raanan uor@dgdk.com
- Christopher S Reeder ecfnotices@reederlu.com
- Joel G Samuels jsamuels@sidley.com
- David B Shemano dshemano@pwkllp.com
- Robyn B Sokol ecf@ebg-law.com, rsokol@ebg-law.com
- Sam Tabibian sam.tabibian@gmail.com
- United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
- Howard J Weg hweg@pwkllp.com
- Michael H Weiss mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com
- Beth Ann R Young bry@lnbrb.com