B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re **Beshmada, LLC**

Debtor(s)

Case No. **2:09-bk-25523-BR**

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Safco Holding Corp. c/o Randy P. Orlik Cox, Castle & Nicholson LLP 2049 Century Park East, Suite 2800 Los Angeles, CA 90067 | Safco Holding Corp. c/o Randy P. Orlik Cox, Castle & Nicholson LLP Los Angeles, CA 90067 | Pursuant to court approved settlement dated 8/24/2010. | | 200,000.00 |
| State of California Franchise Tax Board PO Box 942857 Sacramento, CA 94257-0611 | State of California Franchise Tax Board PO Box 942857 Sacramento, CA 94257-0611 | | Disputed | 3,809.93 |
| BankFirst 225 S. Sixth Street #2900 Minneapolis, MN 55402 | BankFirst 225 S. Sixth Street #2900 Minneapolis, MN 55402 | | Contingent Unliquidated Disputed | Unknown |
| California Secretary of State Business Programs Division P.O. Box 944230 Sacramento, CA 94244-2300 | California Secretary of State Business Programs Division P.O. Box 944230 Sacramento, CA 94244-2300 | | Contingent Unliquidated Disputed | Unknown |
| City of Los Angeles Office of Finance P.O. Box 53200 Los Angeles, CA 90053-0200 | City of Los Angeles Office of Finance P.O. Box 53200 Los Angeles, CA 90053-0200 | | Contingent Unliquidated Disputed | Unknown |
| MidFirst Bank P.O. Box 268879 Oklahoma City, OK 73126-8879 | MidFirst Bank P.O. Box 268879 Oklahoma City, OK 73126-8879 | Loan to Namco 8, LLC. Debtor is guarantor up to a maximum of 30% of the loan amount as per a loan application dated 7/25/2007. Total loan amount is | Contingent Unliquidated Disputed | Unknown |

ALL FINANCIAL INFORMATION IN THIS SUMMARY IS PRELIMINARY AND MAY CHANGE. THIS
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND IS NOT VERIFIED AT THIS TIME BY THE DEBTOR OR ITS CURRENT MANAGER.

B4 (Official Form 4) (12/07) - Cont.

In re    **Beshmada, LLC**                                     Case No.    **2:09-bk-25523-BR**
                          Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| MidFirst Bank<br>P.O. Box 268879<br>Oklahoma City, OK 73126-8879 | MidFirst Bank<br>P.O. Box 268879<br>Oklahoma City, OK 73126-8879 | Debtor is guarantor on a loan to Flamingo Chateau 2, LLC. There is a Promissory Note (#964905-100) dated 4/27/2007 from Flamingo Chateau 2, LLC to Mi | Contingent<br>Unliquidated<br>Disputed | Unknown |
| MidFirst Bank<br>P.O. Box 268879<br>Oklahoma City, OK 73126-8879 | MidFirst Bank<br>P.O. Box 268879<br>Oklahoma City, OK 73126-8879 | Debtor is guarantor on a promissory note dated 6/22/2006 made by WN2, LLC in favor of MidFirst Bank in the amount of $3,170,000. | Contingent<br>Unliquidated<br>Disputed | Unknown |
| MidFirst Bank<br>Attn: Jay R. Ganske<br>3030 East Camelback Road<br>Phoenix, AZ 85016 | MidFirst Bank<br>Attn: Jay R. Ganske<br>3030 East Camelback Road<br>Phoenix, AZ 85016 | Debtor is a Contingent Guarantor on a Promissory Note made by SC Springfield, LLC to MidFirst Bank. Modified loan amount is $8.3mm with the collatera | Contingent<br>Unliquidated<br>Disputed | Unknown |
| San Diego National Bank<br>San Diego Main Office<br>P.O. Box 12605<br>San Diego, CA 92112-3605 | San Diego National Bank<br>San Diego Main Office<br>P.O. Box 12605<br>San Diego, CA 92112-3605 | Debtor's signature appears on a Resolution of Limited Liability Company Member with Fontana Sierra Summit Investments, LLC as Borrower. | Contingent<br>Unliquidated<br>Disputed | Unknown |
| Starpoint Properties, LLC<br>Bob Baradaran, Esq.<br>c/o Greenberg Glusker Fields Claman<br>1900 Avenue of the Stars, Ste 2100<br>Los Angeles, CA 90067 | Starpoint Properties, LLC<br>Bob Baradaran, Esq.<br>c/o Greenberg Glusker Claman<br>Los Angeles, CA 90067 | Distributions to the debtor on account of membership interests. | Contingent<br>Unliquidated<br>Disputed | 5,000,000.00<br><br>(Unknown secured) |
|  |  |  |  |  |

8/31/10 9:22AM

ALL FINANCIAL DATA IS PROVIDED AS OF THE INVOLUNTARY PETITION DATE (JUNE 19, 2009).
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND IS NOT VERIFIED AT THIS TIME BY THE DEBTOR OR ITS CURRENT MANAGER.

B4 (Official Form 4) (12/07) – Cont.

In re   **Beshmada, LLC**                              Case No.   **2:09-bk-25523-BR**
                      Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Its Current Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **August 31, 2010**                    Signature   _Louis A. Cicalese_
                                                        **Louis A. Cicalese**
                                                        **Its Current Manager**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                    Best Case Bankruptcy

ALL FINANCIAL DATA IS PROVIDED AS OF THE INVOLUNTARY PETITION DATE (JUNE 19, 2009),                          8/31/10 9:22AM
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND IS NOT VERIFIED AT THIS TIME BY THE DEBTOR OR ITS CURRENT MANAGER.

## United States Bankruptcy Court
### Central District of California

In re   **Beshmada, LLC**

Debtor

Case No.   **2:09-bk-25523-BR**

Chapter                    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Benjamin Namvar (cust.-Ezri Namvar)**<br>**c/o Ezri Namvar**<br>**12855 Parkyns Street**<br>**Los Angeles, CA 90049** | | | **25%** |
| **Daniel Navmar (cust. - Ezri Namvar)**<br>**c/o Ezri Namvar**<br>**12855 Parkyns Street**<br>**Los Angeles, CA 90049** | | | **25%** |
| **Malka Namvar (cust. - Ezri Namvar)**<br>**c/o Ezri Namvar**<br>**12855 Parkyns Street**<br>**Los Angeles, CA 90049** | | | **25%** |
| **Shirah Namvar (cust. - Ezri Namvar)**<br>**c/o Ezri Namvar**<br>**12855 Parkyns Street**<br>**Los Angeles, CA 90049** | | | **25%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Its Current Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date_____**August 31, 2010**_____          Signature _Louis A. Cicalese_

Louis A. Cicalese
Its Current Manager

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

__0__   continuation sheets attached to List of Equity Security Holders

# STATEMENT OF RELATED CASES
# INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    **Namco Capital Group, Inc.: 2:08-bk-32333-BR, Central District of California Los Angeles Division, filed 12/22/2008, Hon. Barry Russell; case pending.**
    **Namco Financial Exchange: 2:09-bk-17727-BR, Central District of California Los Angeles Division, filed 4/2/2009, Hon. Barry Russell; case pending.**
    **Dimes, LLC: 2:09-bk-25517-BR, Central District of California Los Angeles Division, filed 6/19/2009, Hon. Barry Russell; case pending.**
    **Beshmada of Delaware, LLC: 2:09-bk-25510-BR, Central District of California Los Angeles Division, filed 6/19/2009, Hon. Barry Russell; case pending.**
    **St. Patrick's Day Lease, LLC: 2:09-bk-45134-BR, Central District of California Los Angeles Division, filed 12/11/2009, Hon. Barry Russell; case pending.**
    **Wall Street Mart, L.P.: 2:09-bk-42717-BR, Central District of California Los Angeles Division, filed 12/23/2009, Hon. Barry Russell; case pending.**
    **Bundy Dimes, LLC: 10-22149, Central District of California Los Angeles Division, filed 3/31/2010, Hon. Barry Russell; case pending.**
    **Bunwil Capital, LLC: 10-22153, Central District of California Los Angeles Division, filed 3/31/2010, Hon. Barry Russell; case pending.**
    **Mission Real Associates, LLC: 10-22370, Central District of California Los Angeles Division, filed 3/31/2010, Hon. Barry Russell; case pending.**
    **Westland Group, LLC: 09-16294-mkn, District of Nevada, filed 4/24/2009, Hon. Mike K. Nakagawa; dismissed.**
    **Dynasty Towers, LLC: 09-16293-mkn, District of Nevada, filed 4/24/2009, Hon. Mike K. Nakagawa; dismissed.**
    **Playa Properties, LLC: 09-13920, Central District of California Los Angeles Division, filed 2/23/2009, Hon. Barry Russell; case pending.**
    **Rancho Malibu, LLC: 10-18138, Central District of California, filed 7/6/2010, Hon. Geraldine Mund; case pending.**
    **Namwest, LLC: 2:08-bk-13935-CGC, District of Arizona, filed 10/9/2008, Hon. Charles G. Case II; case pending.**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **None.**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
    **Ezri Namvar: 2:08-bk-32349-BR, Central District of California Los Angeles Division, filed 12/22/2008, Hon. Barry Russell; case pending.**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                     **F 1015-2.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                            Best Case Bankruptcy

ALL FINANCIAL DATA IS PROVIDED AS OF THE INVOLUNTARY PETITION DATE (JUNE 19, 2009).
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND IS NOT VERIFIED AT THIS TIME BY THE DEBTOR OR ITS CURRENT MANAGER.

8/31/10 9:22AM

prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ , California.

Dated    **August 31, 2010** _____

Louis A. Cicalese
*Debtor*

_____
*Joint Debtor*

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 1015-2.1**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES DIVISION

In re:                                                    Case No. 2:09-bk-25523-BR
Beshmada, LLC

### GENERAL NOTE TO SCHEDULES OF ASSETS AND LIABILITIES, STATEMENT OF FINANCIAL AFFAIRS, AND MASTER MAILING LIST

Beshmada, LLC, debtor and debtor in possession (the "Debtor"), submits its Schedules of Assets and Liabilities (the "Schedules"), Statement of Financial Affairs ("SOFAs"), and Master Mailing List pursuant to 11 U.S.C § 521, Federal Rule of Bankruptcy Procedure 1007, and Local Bankruptcy Rule 1007-1.

This bankruptcy case was filed on June 19, 2009 as an involuntary chapter 7 case (the "Petition Date"). An order for relief was entered on July 1, 2010 (the "Relief Date"), pursuant to which the case was converted to a case under Chapter 11 of the Bankruptcy Code. **The information shown on these documents reflects the financial status of the Debtor as of the Petition Date, not the Relief Date.**

The Schedules, SOFA and Master Mailing List were prepared by the Debtor and professionals engaged on behalf of the Debtor. The Schedules, the SOFAs and the Master Mailing List are executed on behalf of the Debtor by its current manager, Louis A. Cicalese.

The Debtor has used its best efforts to complete the Schedules and SOFAs. The information set forth in the Schedules and SOFAs is based upon the Debtor's books and records as of the Petition Date. The Schedules and SOFAs and such information may not be correct or accurately reflect the Debtor's actual assets and liabilities as of the Petition Date. The Schedules and SOFAs are unaudited. Current management of the Debtor believes that some of the financial data set forth in the Debtor's books and records may be inaccurate, incomplete and unreliable.

Any failure to designate a claim listed on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by the Debtor that such amount or claim is not "disputed," "contingent" or "unliquidated." The Debtor reserves the right to dispute, or to assert setoff rights, counterclaims or defenses to, any claim reflected on its Schedules as to amount, liability or classification, or to otherwise subsequently designate any claim as "disputed," "contingent" or "unliquidated". The dollar amounts of claims listed may be exclusive of contingent and unliquidated amounts, including accrued and unpaid interest.

Dated: August 31, 2010


Louis A. Cicalese,
Current Manager of Beshmada, LLC

ALL FINANCIAL INFORMATION PROVIDED IN THIS PRELIMINARY DOCUMENT IS UNAUDITED. THE
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND IS NOT VERIFIED TO BE BY THE DEBTOR OR ITS CURRENT MANAGER.

**B6 Summary (Official Form 6 - Summary) (12/07)**

.

# United States Bankruptcy Court
## Central District of California

In re **Beshmada, LLC**
_____ ,   Case No. __2:09-bk-25523-BR__

Debtor

Chapter _____11_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 6 | 140,010.40 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 5,000,000.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 3,809.93 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 15 | | 50,676,569.96 | |
| G - Executory Contracts and Unexpired Leases | Yes | 6 | | | |
| H - Codebtors | Yes | 3 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 34 | | | |
| Total Assets | | | 140,010.40 | | |
| Total Liabilities | | | | 55,680,379.89 | |

ALL FINANCIAL INFORMATION CONTAINED IN THIS SUMMARY DOCUMENT OR IN ANY ATTACHED EXHIBIT OR SCHEDULE
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT BEEN VERIFIED TO DATE BY THE DEBTOR OR ITS CURRENT MANAGER.
08/31/10  9:22AM

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Central District of California

In re    **Beshmada, LLC**                                                           Case No.    2:09-bk-25523-BR
                                                    Debtor

                                                                                     Chapter                    11

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

ALL FINANCIAL INFORMATION CONTAINED HEREIN IS PRELIMINARY AND NON-BINDING. THIS FINANCIAL
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT VERIFIED OR AUDITED BY THE DEBTOR OR ITS CURRENT MANAGER.

8/31/10  9:22AM

**B6A (Official Form 6A) (12/07)**

.

In re    **Beshmada, LLC** _____,    Case No.   **2:09-bk-25523-BR**
                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |  |
|---|---|---|
| Sub-Total > | 0.00 | (Total of this page) |
| Total > | 0.00 | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

ALL FINANCIAL INFORMATION CONTAINED HEREIN IS PRELIMINARY AND SUBJECT TO CHANGE. THE FINANCIAL 08/31/10 9:22AM
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND IS NOT VERIFIED BY THE DEBTOR OR ITS CURRENT MANAGER.

**B6B (Official Form 6B) (12/07)**

In re    **Beshmada, LLC**                                                    Case No.    **2:09-bk-25523-BR**

                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Pacific Western Bank - Business Checking Account #xxxxxx3776** | - | 3,356.61 |
| | | **Pacific Western Bank #xxxxxx5353** | - | 4,123.79 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

                                                            Sub-Total >          **7,480.40**
                                                        (Total of this page)

__5__    continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

ALL FINANCIAL INFORMATION IN THIS PRELIMINARY REPORT IS UNAUDITED.

DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND IS NOT VERIFIED BY THE DEBTOR OR ITS CURRENT MANAGER.

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Beshmada, LLC**                                         ,      Case No.   **2:09-bk-25523-BR**

                                          **Debtor**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **10705 Rose Ave, LLC (70% interest)** | - | Unknown |
| | | **11920 Chandler Blvd, LLC (50% interest)** | - | Unknown |
| | | **1411 Barry Avenue, LLC (60% Interest)** *Not on balance sheet as of June 19, 2009.* | - | Unknown |
| | | **241 5th Avenue Hotel, LLC (50% interest)** | - | Unknown |
| | | **780 La Brea, LLC (18% interest)** | - | Unknown |
| | | **780A La Brea, LLC (18% interest)** | - | Unknown |
| | | **Ahwatuckee Foothill Corporate Office Park, LLC (75% interest)** | - | Unknown |
| | | **Banam, LLC (46.571% interest)** | - | Unknown |
| | | **Courvoisier Court Holding, LLC (50% interest)** *Not on balance sheet as of June 19, 2009.* | - | Unknown |
| | | **DBN Development, LLC (50% interest)** | - | Unknown |
| | | **Douglaston Equities, LLC (50% interest)** *Not on balance sheet as of June 19, 2009.* | - | Unknown |
| | | **Dunhill Golf Associates, LLC (50% interest)** *Not on balance sheet as of June 19, 2009.* | - | Unknown |
| | | **Emporia Investments, LLC (50% interest)** Not on balance sheet as of June 19, 2009. | - | Unknown |
| | | **Ezilan, LLC (100% interest)** *Not on balance sheet as of June 19, 2009.* | - | Unknown |
| | | **FG Berkshire FM Holdings, LLC (50% interest)** *Not on balance sheet as of June 19, 2009.* | - | Unknown |

Sub-Total >      0.00
(Total of this page)

Sheet   **1**   of   **5**   continuation sheets attached
to the Schedule of Personal Property

ALL FINANCIAL INFORMATION CONTAINED IN THE DOCUMENT IS PRELIMINARY AND SUBJECT TO CHANGE. THE INFORMATION CONTAINED IN THIS DOCUMENT
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND IS NOT VERIFIED BY THE DEBTOR OR ITS CURRENT MANAGER.

B6B (Official Form 6B) (12/07) - Cont.

In re    **Beshmada, LLC**                                                    ,    Case No.    **2:09-bk-25523-BR**
                                                  Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **GH Capital, LLC (50% interest)** | - | **Unknown** |
| | | **Harbor Town, LLC (44% interest)** | - | **Unknown** |
| | | **Innoprize XVI, LLC (50% interest)** | - | **Unknown** |
| | | **Innoprize XVII, LLC (50% interest)** | - | **Unknown** |
| | | **Innoprize XX, LLC (50% interest)** | - | **Unknown** |
| | | **Innoprize XXIV, LLC (70% interest)** | - | **Unknown** |
| | | **Innoprize XXV, LLC (50% interest)** | - | **Unknown** |
| | | **Kohnam 26, LLC (60% interest)** <br> ***Not on balance sheet as of June 19, 2009.** | - | **Unknown** |
| | | **Meadow Run Investors, LLC (50%)** | - | **Unknown** |
| | | **Namcal, LLC (80% interest)** | - | **Unknown** |
| | | **Namwest, LLC (50% interest)** | - | **Unknown** |
| | | **Older & Wiser, LLC (45% interest)** | - | **Unknown** |
| | | **OSF/BES Fontana Investor Partners, LLC (20% interest)** | - | **Unknown** |
| | | **Park View Plaza Real Estate Holdings, LLC (75% interest)** | - | **Unknown** |
| | | **Parox, LLC (35% interest)** <br> ***Not on balance sheet as of June 19, 2009.** | - | **Unknown** |
| | | **Pecos Capital, LLC (25% interest)** | - | **Unknown** |
| | | **Shirah Education Center, LLC (80% interest)** <br> ***Not on balance sheet as of June 19, 2009.** | - | **Unknown** |
| | | **Sora, Inc. (50% interest)** <br> ***Not on balance sheet as of June 19, 2009.** | - | **Unknown** |
| | | **Stone Mountain Acquisition, LLC (23% interest)** <br> ***Not on balance sheet as of June 19, 2009.** | - | **Unknown** |
| | | **Tranmar Properties, LLC (100% interest)** | - | **Unknown** |

Sub-Total >       **0.00**
(Total of this page)

Sheet  **2**  of  **5**  continuation sheets attached
to the Schedule of Personal Property

ALL FINANCIAL INFORMATION CONTAINED HEREIN IS PRELIMINARY AND HAS NOT BEEN VERIFIED.  THIS    8/31/10  9:22AM
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT BEEN VERIFIED BY THE DEBTOR OR ITS CURRENT MANAGER.

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Beshmada, LLC**                                               ,    Case No.   **2:09-bk-25523-BR**
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Victorville Tefft, LLC (80% interest)** *Not on balance sheet as of June 19, 2009.* | - | **Unknown** |
| | | **Virgil Avenue Properties, LLC (80% interest)** *Not on balance sheet as of June 19, 2009.* | - | **Unknown** |
| | | **WFS 22706 PCH LLC (50% interest)** | - | **Unknown** |
| | | **Wilfar, LLC (50% interest)** | - | **Unknown** |
| | | **Wishlab 90, LLC (18% interest)** | - | **Unknown** |
| | | **WN Indio, LLC (50%)** | - | **Unknown** |
| | | **WN Malibu Lot, LLC (50% interest)** | - | **Unknown** |
| | | **WN Sunset, LLC (50% interest)** | - | **Unknown** |
| | | **WN2, LLC (50% interest)** | - | **Unknown** |
| | | **Zarnam, LLC (50% interest)** | - | **Unknown** |
| | | **US Community Bankcorp/Nev (ticker: CBONQ) - 2,500 shares held in brokerage account #4DY-752007 at Keefe, Bruyette and Woods.** | - | **57,500.00** |
| | | **Privee, LLC (0.631115% interest)** | - | **Unknown** |
| | | **Fry's** | - | **Unknown** |
| | | **LA Hotel Venture, LLC** | - | **Unknown** |
| 14. Interests in partnerships or joint ventures. Itemize. | | **Arlington 360 Associates, LP (74.38% interest)** | - | **Unknown** |
| | | **Bruton Buckner Associates, LP (50% interest)** | - | **Unknown** |
| | | **Wall Street Mart, LP (48.9951% interest)** | - | **Unknown** |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **The account debtor for this receivable is unknown.** | - | **75,030.00** |
| | | **Pico 26, LLC** | - | **Unknown** |
| | | **Beshmada of Delaware, LLC.** | - | **Unknown** |

Sub-Total >      132,530.00
(Total of this page)

Sheet   **3**   of   **5**   continuation sheets attached
to the Schedule of Personal Property

ALL FINANCIAL DATA IN THE DOCUMENT IS PRELIMINARY AND IS SUBJECT TO CHANGE. THE DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT VERIFIED BY THE DEBTOR OR ITS CURRENT MANAGER.

Case 2:09-bk-25523-BR  Doc 182  Filed 08/31/10  Entered 08/31/10 13:58:53  Desc
Main Document  Page 15 of 92
08/31/10  9:22AM

**B6B (Official Form 6B) (12/07) - Cont.**

In re __Beshmada, LLC_____ ,   Case No. __2:09-bk-25523-BR__
                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Dimes, LLC** | **-** | **Unknown** |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **The Debtor may have substantial claims against third parties, including affiliated and unaffiliated entities. The nature, extent and value of such claims are currently unknown.** | **-** | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |

                                              Sub-Total >        **0.00**
                                           (Total of this page)

Sheet __4__ of __5__ continuation sheets attached
to the Schedule of Personal Property

ALL FINANCIAL INFORMATION CONTAINED IN THE ACCOMPANYING SUMMARY AND SCHEDULES ONE THROUGH FIVE (5) OF THIS
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT BEEN VERIFIED THIS IS OF THIS BY THE DEBTOR OR ITS CURRENT MANAGER.

8/31/10  9:22AM

**B6B (Official Form 6B) (12/07) - Cont.**

In re    **Beshmada, LLC** _____,    Case No.    **2:09-bk-25523-BR**
                                      Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >    **0.00**
(Total of this page)
Total >    **140,010.40**

Sheet __5__ of __5__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

ALL FINANCIAL INFORMATION IN THIS DOCUMENT IS PRELIMINARY AND CAN CHANGE. NONE OF THE 8/31/10  9:22AM
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT VERIFIED THIS PART BY THE DEBTOR OR ITS CURRENT MANAGER.

**B6D (Official Form 6D) (12/07)**

In re   **Beshmada, LLC**                                                       Case No.   **2:09-bk-25523-BR**
_____,
                              Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **Judgment Lien** | | | | | |
| **Starpoint Properties, LLC** **Bob Baradaran, Esq.** **c/o Greenberg Glusker Fields Claman** **1900 Avenue of the Stars, Ste 2100** **Los Angeles, CA 90067** | - | | **Distributions to the debtor on account of membership interests.** | X | X | X | | |
| | | | Value $             **Unknown** | | | | **5,000,000.00** | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

| | | |
|---|---|---|
| **0**    continuation sheets attached | Subtotal (Total of this page) | **5,000,000.00** / **0.00** |
| | Total (Report on Summary of Schedules) | **5,000,000.00** / **0.00** |

ALL FINANCIAL INFORMATION CONTAINED IN ANY SUMMARY OR PRELIMINARY SHEET IS NONE ENTERED 08/31/10 9:22AM
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND IS NOT VERIFIED OR AUDITED BY THE DEBTOR OR ITS CURRENT MANAGER.

B6E (Official Form 6E) (4/10)

In re __**Beshmada, LLC**__ , Case No. __2:09-bk-25523-BR__

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

____1____ continuation sheets attached

ALL FINANCIAL INFORMATION CONTAINED HEREIN IS PRELIMINARY AND SUBJECT TO CHANGE. THIS FINANCIAL
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT BEEN VERIFIED BY THE DEBTOR OR ITS CURRENT MANAGER.

B6E (Official Form 6E) (4/10) - Cont.

In re **Beshmada, LLC** _____, Case No. **2:09-bk-25523-BR**
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **California Secretary of State Business Programs Division P.O. Box 944230 Sacramento, CA 94244-2300** | - | | | X | X | X | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| **City of Los Angeles Office of Finance P.O. Box 53200 Los Angeles, CA 90053-0200** | - | | | X | X | X | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | **Tax Year 2008** | | | | | |
| **State of California Franchise Tax Board PO Box 942857 Sacramento, CA 94257-0611** | - | | | | | X | | 662.43 |
| | | | | | | | 3,809.93 | 3,147.50 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

| | | | |
|---|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | | 662.43 |
| | | 3,809.93 | 3,147.50 |
| | Total (Report on Summary of Schedules) | | 662.43 |
| | | 3,809.93 | 3,147.50 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

# <u>SCHEDULE F - DISCLAIMER</u>

THE EXISTENCE AND AMOUNTS OF POTENTIAL LIABILITIES ARE UNKNOWN.    THE
DEBTOR HAS COMPILED THE FOLLOWING LIST SOLELY FOR NOTICE PURPOSES.

ALL FINANCIAL INFORMATION CONTAINED HEREIN IS PRELIMINARY AND HAS NOT BEEN AUDITED. THIS ONE TIME 08/31/10   9:22AM
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT BEEN VERIFIED BY THE DEBTOR OR ITS CURRENT MANAGER.

**B6F (Official Form 6F) (12/07)**

In re   **Beshmada, LLC**                                              ,   Case No.   **2:09-bk-25523-BR**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **10705 Rose Avenue, LLC** **12121 Wilshire Blvd.** **Suite 200** **Los Angeles, CA 90025** | | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **11920 Chandler Blvd., LLC** **12121 Wilshire Blvd.** **Suite 200** **Los Angeles, CA 90025** | | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **1411 Barry Avenue, LLC** **12121 Wilshire Blvd.** **Suite 200** **Los Angeles, CA 90025** | | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **241 5th Avenue Hotel, LLC** **c/o Hazak Associates, LLC** **501 Fifth Avenue** **Suite 1605** **New York, NY 10017** | | - | | | X | X | X | **Unknown** |

|  |  | Subtotal (Total of this page) | **0.00** |
|---|---|---|---|

___14___   continuation sheets attached

08/31/10  9:22AM

B6F (Official Form 6F) (12/07) - Cont.

In re    **Beshmada, LLC**                                          ,    Case No.    **2:09-bk-25523-BR**
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **780 La Brea, LLC c/o Mousa Namvar 12121 Wilshire Blvd. Suite 555 Los Angeles, CA 90025** | | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **780A Labrea, LLC c/o Faramarz Raban 12121 Wilshire Blvd. Suite 555 Los Angeles, CA 90025** | | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Afrinam, LLC 12121 Wilshire Blvd. Suite 200 Los Angeles, CA 90025** | | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Ahwatukee Foothill Corporate, LLC 1333 South Beverly Glen #706 Los Angeles, CA 90024** | | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **AILA Corp. c/o Africa Israel Investments Ltd. 40 Wall Street 56th Floor New York, NY 10005** | | - | | | X | X | X | **Unknown** |

Sheet no. __1__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **0.00**

ALL FINANCIAL INFORMATION IS PRELIMINARY IN NATURE AND HAS NOT BEEN VERIFIED BY THE DEBTOR OR ITS CURRENT MANAGER. 08/31/10  9:22AM
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND IS NOT VERIFIED AS TRUE BY THE DEBTOR OR ITS CURRENT MANAGER.

B6F (Official Form 6F) (12/07) - Cont.

In re      **Beshmada, LLC**                                                              Case No.    **2:09-bk-25523-BR**
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Arlington 360 Associates, L.P.** **12121 Wilshire Blvd.** **Suite 200** **Los Angeles, CA 90025** | | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Banam, LLC** **12121 Wilshire Blvd.** **Suite 555** **Los Angeles, CA 90025** | | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **BankFirst** **225 S. Sixth Street** **#2900** **Minneapolis, MN 55402** | X | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Bruton Buckner Associates, L.P.** **12121 Wilshire Blvd.** **Suite 200** **Los Angeles, CA 90025** | | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Bundy Dimes, LLC** **12121 Wilshire Blvd.** **Suite 200** **Los Angeles, CA 90025** | | - | | | X | X | X | **4,500.00** |

Sheet no. __2__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **4,500.00**

ALL FINANCIAL INFORMATION CONTAINED IN THE DOCUMENTARY FILED HEREIN HAS NONE entered 08/31/10 9:22AM
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT VERIFIED AS TO ITS A 24 of 92 BY THE DEBTOR OR ITS CURRENT MANAGER.

B6F (Official Form 6F) (12/07) - Cont.

In re   **Beshmada, LLC**                                              ,      Case No.   **2:09-bk-25523-BR**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Bunwil, LLC** **12121 Wilshire Blvd.** **Suite 200** **Los Angeles, CA 90025** | - | | | | X | X | X | **500.00** |
| Account No. | | | | | | | | |
| **Civic Palm, LLC** **c/o R. Todd Neilson** **2049 Century Park East** **#2300** **Los Angeles, CA 90067** | - | | | | X | X | X | **500.00** |
| Account No. | | | | | | | | |
| **Courvoisier Court Holding, LLC** **c/o The Cadem Group Inc.** **Attn: Elliott J. Sharaby** **4481 41st Court** **Hollywood, FL 33021** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **DBN Development, LLC** **27032 Rocking Horse Lane** **Laguna Hills, CA 92653** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **Douglaston Equities, LLC** **c/o Beshmada, LLC** **12121 Wilshire Blvd.** **Suite 200** **Los Angeles, CA 90025** | - | | | | X | X | X | **Unknown** |

Sheet no. __**3**__ of __**14**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **1,000.00**

ALL FINANCIAL INFORMATION PROVIDED IN THIS DOCUMENT IS PRELIMINARY IN NATURE AND NONE OF SUCH 8/31/10  9:22AM
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT BEEN VERIFIED AS TO ITS ACCURACY BY THE DEBTOR OR ITS CURRENT MANAGER.

B6F (Official Form 6F) (12/07) - Cont.

In re    **Beshmada, LLC**                                          ,         Case No.    **2:09-bk-25523-BR**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Dunhill Golf Associates, LLC** <br> **Attn: Paul DeRobbio** <br> **Three Lincoln Center** <br> **5430 LBJ Freeway, Suite 1600** <br> **Dallas, TX 75240** | - | | | X | X | X | Unknown |
| Account No. <br><br> **Emporia Investments, LLC** <br> **11755 Wilshire Blvd.** <br> **15th Floor** <br> **Los Angeles, CA 90025** | - | | | X | X | X | Unknown |
| Account No. <br><br> **Ezilan 5, LLC** <br> **12121 Wilshire Blvd.** <br> **Suite 200** <br> **Los Angeles, CA 90025** | - | | | X | X | X | Unknown |
| Account No. <br><br> **FG Berkshire FM Holdings, LLC** <br> **12121 Wilshire Blvd.** <br> **Suite 200** <br> **Los Angeles, CA 90025** | - | | | X | X | X | Unknown |
| Account No. <br><br> **GH Capital, LLC** <br> **15301 Ventura Blvd.** <br> **Suite 570** <br> **Sherman Oaks, CA 91403** | - | | | X | X | X | Unknown |

Sheet no. __4__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

ALL FINANCIAL INFORMATION CONTAINED IN THE DOCUMENT IS PRELIMINARY, AND SUBJECT TO CHANGE. THE FINANCIAL
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT BEEN VERIFIED AS THIS TIME BY THE DEBTOR OR ITS CURRENT MANAGER.

B6F (Official Form 6F) (12/07) - Cont.

In re **Beshmada, LLC**,     Case No. **2:09-bk-25523-BR**

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br> **GH-VFG, LLC** <br> **c/o GH Capital, LLC** <br> **17277 Ventura Blvd.** <br> **Suite 200** <br> **Encino, CA 91316** | - | | | X | X | X | **Unknown** |
| Account No. <br> **Harbor Town, LLC** <br> **c/o R. Todd Neilson** <br> **2049 Century Park East** <br> **#2300** <br> **Los Angeles, CA 90067** | | | | X | X | X | **Unknown** |
| Account No. <br> **Hyde Park Place, Ltd.** <br> **15301 Ventura Blvd.** <br> **Bldg. B** <br> **Suite 570** <br> **Sherman Oaks, CA 91403** | - | | | X | X | X | **Unknown** |
| Account No. <br> **Innoprize XVI, LLC** <br> **c/o Beshmada, LLC** <br> **12121 Wilshire Blvd.** <br> **Suite 200** <br> **Los Angeles, CA 90025** | - | | | X | X | X | **Unknown** |
| Account No. <br> **Innoprize XVII, LLC** <br> **c/o Beshmada, LLC** <br> **12121 Wilshire Blvd.** <br> **Suite 200** <br> **Los Angeles, CA 90025** | - | | | X | X | X | **Unknown** |

Sheet no. **5** of **14** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **0.00**

ALL FINANCIAL INFORMATION IN THIS PRELIMINARY DOCUMENT IS UNAUDITED. NONE OF THE
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT VERIFIED BY THE DEBTOR OR ITS CURRENT MANAGER.

B6F (Official Form 6F) (12/07) - Cont.

In re    **Beshmada, LLC**                                                    Case No.    **2:09-bk-25523-BR**
                                                    ,
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Innoprize XX, LLC 12327 Santa Monica Blvd. #202 Los Angeles, CA 90025 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Innoprize XXIV, LLC 12121 Wilshire Blvd. Suite 200 Los Angeles, CA 90025 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| Innoprize XXV, LLC c/o Beshmada, LLC 12121 Wilshire Blvd. Suite 200 Los Angeles, CA 90025 | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| John Harounian 12011 San Vicente Blvd. Suite B-1 Los Angeles, CA 90049 | - | | | X | X | X | 136,573.86 |
| Account No. | | | | | | | |
| Kohnam 26, LLC 1333 S. Beverly Glen #706 Los Angeles, CA 90024 | - | | | X | X | X | Unknown |

| | | |
|---|---|---|
| Sheet no. __6__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 136,573.86 |

ALL FINANCIAL INFORMATION CONTAINED HEREIN IS PRELIMINARY AND UNAUDITED. THE DATA MAY NOT CONFORM TO NORMAL ACCOUNTING STANDARDS. THIS FINANCIAL DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND IS NOT YET VERIFIED BY THE DEBTOR OR ITS CURRENT MANAGER.

B6F (Official Form 6F) (12/07) - Cont.

In re    **Beshmada, LLC**                                                    , Case No.  __2:09-bk-25523-BR__
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Meadow Run Investors, LLC 15301 Ventura Blvd. Bldg. B Suite 570 Sherman Oaks, CA 91403 | | - | | X | X | X | Unknown |
| Account No. | | | 7/25/2007 | | | | |
| MidFirst Bank P.O. Box 268879 Oklahoma City, OK 73126-8879 | X | - | Loan to Namco 8, LLC.  Debtor is guarantor up to a maximum of 30% of the loan amount as per a loan application dated 7/25/2007.  Total loan amount is $12,000,000.  Ezri Namvar is also a guarantor on this loan. | X | X | X | Unknown |
| Account No. | | | | | | | |
| MidFirst Bank P.O. Box 268879 Oklahoma City, OK 73126-8879 | X | - | Debtor is guarantor on a loan to Flamingo Chateau 2, LLC.  There is a Promissory Note (#964905-100) dated 4/27/2007 from Flamingo Chateau 2, LLC to MidFirst Bank in the amout of $2,150,000. | X | X | X | Unknown |
| Account No. | | | | | | | |
| MidFirst Bank P.O. Box 268879 Oklahoma City, OK 73126-8879 | X | - | Debtor is guarantor on a promissory note dated 6/22/2006 made by WN2, LLC in favor of MidFirst Bank in the amount of $3,170,000. | X | X | X | Unknown |
| Account No. | | | | | | | |
| MidFirst Bank Attn: Jay R. Ganske 3030 East Camelback Road Phoenix, AZ 85016 | X | - | Debtor is a Contingent Guarantor on a Promissory Note made by SC Springfield, LLC to MidFirst Bank.  Modified loan amount is $8.3mm with the collateral property being owned by SC Springfield, LLC. | X | X | X | Unknown |

Sheet no. __7__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    0.00

ALL FINANCIAL INFORMATION CONTAINED HEREIN IS PRELIMINARY AND PROVIDED FOR INFORMATION PURPOSES ONLY.  THE 08/31/10 11:38AM
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT BEEN VERIFIED OR AUDITED BY THE DEBTOR OR ITS CURRENT MANAGER.

B6F (Official Form 6F) (12/07) - Cont.

In re    **Beshmada, LLC**                                                  Case No.    **2:09-bk-25523-BR**
                                                    ,
                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Mission Real Associates, LLC c/o R. Todd Neilson 2049 Century Park East #2300 Los Angeles, CA 90067** | - | | | X | X | X | 5,300.00 |
| Account No. | | | | | | | |
| **Namcal, LLC c/o R. Todd Neilson 2049 Century Park East #2300 Los Angeles, CA 90067** | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **Namco Capital Group, Inc. 12121 Wilshire Blvd. Suite 200 Los Angeles, CA 90025** | - | | **Note: The Debtor reserves its right to assert set off and counter claims, if any.  The amount shown is supported by the Debtor's books and records as of the Petition Date.** | | | | 45,127,396.10 |
| Account No. | | | | | | | |
| **Namwest, LLC 16416 N. 92nd Street Suite 150 Scottsdale, AZ 85260-3050** | - | | | X | X | X | Unknown |
| Account No. | | | | | | | |
| **Older & Wiser, LLC 12121 Wilshire Blvd. Suite 555 Los Angeles, CA 90025** | - | | | X | X | X | Unknown |

Sheet no. __8__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

45,132,696.10

ALL FINANCIAL INFORMATION CONTAINED IN THE DOCUMENTARY FILING IS PRELIMINARY AND NONE OF THE INFORMATION
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT VERIFIED BY THE DEBTOR OR ITS CURRENT MANAGER.

08/31/10  9:22AM

**B6F (Official Form 6F) (12/07) - Cont.**

In re    **Beshmada, LLC**                                              ,    Case No.    **2:09-bk-25523-BR**
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| **OSF/BES Fontana Investor Partners** **1801 East 9th Street** **Mail Code: OH99-0703** **Cleveland, OH 44114-3103** | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| **Panamo, LLC** **c/o R. Todd Neilson** **2049 Century Park East** **#2300** **Los Angeles, CA 90067** | - | | | | X | X | X | 5,200,000.00 |
| Account No. | | | | | | | | |
| **Park View Plaza Real Estate Holding** **2283 Stratford Circle** **Los Angeles, CA 90077** | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| **Parox, LLC** **12121 Wilshire Blvd.** **Suite 200** **Los Angeles, CA 90025** | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| **Pecos Capital, LLC** **1736 E. Charleston Blvd.** **Suite 350** **Las Vegas, NV 89104** | - | | | | X | X | X | Unknown |

Sheet no. __9__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **5,200,000.00**

ALL FINANCIAL INFORMATION CONTAINED IN THE DOCUMENT IS PRELIMINARY AND UNAUDITED. NONE OF THE 8/31/10  9:22AM
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT VERIFIED AS THIS TIME BY THE DEBTOR OR ITS CURRENT MANAGER.

B6F (Official Form 6F) (12/07) - Cont.

In re __**Beshmada, LLC**_____ ,     Case No. __**2:09-bk-25523-BR**__
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | | Husband, Wife, Joint, or Community | | | | |
| Account No. | | - | **8/24/2010**<br>**Pursuant to court approved settlement dated 8/24/2010.** | | | | |
| **Safco Holding Corp.**<br>**c/o Randy P. Orlik**<br>**Cox, Castle & Nicholson LLP**<br>**2049 Century Park East, Suite 2800**<br>**Los Angeles, CA 90067** | | | | | | | **200,000.00** |
| Account No. | X | - | **9/27/2006**<br>**Debtor's signature appears on a Resolution of Limited Liability Company Member with Fontana Sierra Summit Investments, LLC as Borrower.** | X | X | X | |
| **San Diego National Bank**<br>**San Diego Main Office**<br>**P.O. Box 12605**<br>**San Diego, CA 92112-3605** | | | | | | | **Unknown** |
| Account No. | | - | | X | X | X | |
| **SFH II, LLC**<br>**575 W. Chandler Blvd.**<br>**Ste 125**<br>**Chandler, AZ 85225** | | | | | | | **Unknown** |
| Account No. | | - | | X | X | X | |
| **Shira Education Center, LLC**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025** | | | | | | | **Unknown** |
| Account No. | | - | | X | X | X | |
| **Sora Inc.**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025** | | | | | | | **Unknown** |

Sheet no. __**10**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **200,000.00**

ALL FINANCIAL INFORMATION CONTAINED IN THIS SUPPLEMENTARY AND PRELIMINARY ONE ARE
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS, AND IS NOT VERIFIED BY THE DEBTOR OR ITS CURRENT MANAGER.

B6F (Official Form 6F) (12/07) - Cont.

In re **Beshmada, LLC** ,  Case No. **2:09-bk-25523-BR**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Stone Mountain Acquisition, LLC c/o Lakestar 4583 Hwy 9N Howell, NJ 07731 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Tranmar Properties, LLC 12121 Wilshire Blvd. Suite 200 Los Angeles, CA 90025 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Victorville Tefft, LLC 12121 Wilshire Blvd. Suite 200 Los Angeles, CA 90025 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Virgil Avenue Properties, LLC 450 N. Roxbury Drive Suite 1050 Beverly Hills, CA 90210 | - | | | | X | X | X | Unknown |
| Account No. | | | | | | | | |
| Wall Street Mart c/o Namco Capital Group, Inc. 12121 Wilshire Blvd. Suite 200 Los Angeles, CA 90025 | - | | | | X | X | X | Unknown |

Sheet no. __11__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **0.00**

ALL FINANCIAL INFORMATION CONTAINED IN THE DOCUMENTARY FILED ONLINE SUBSTANTIAL INFORMATION 08/31/10 9:22AM
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT VERIFIABLE BY THE DEBTOR OR ITS CURRENT MANAGER.

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **Beshmada, LLC**                                                              Case No.  **2:09-bk-25523-BR**

_____,
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **WFS 22706 PCH, LLC FKA Whitsett LLC**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025** | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | |
| **Wilfar, LLC**<br>**12121 Wilshire Blvd.**<br>**#555**<br>**Los Angeles, CA 90025** | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | |
| **Wilshire 19, LLC**<br>**c/o R. Todd Neilson**<br>**2049 Century Park East**<br>**#2300**<br>**Los Angeles, CA 90067** | - | | | X | X | X | **800.00** |
| Account No. | | | | | | | |
| **Wilshire Bundy Holdings, LLC**<br>**c/o R. Todd Neilson**<br>**2049 Century Park East**<br>**#2300**<br>**Los Angeles, CA 90067** | - | | | X | X | X | **1,000.00** |
| Account No. | | | | | | | |
| **Wishlab 90, LLC**<br>**12121 Wilshire Blvd.**<br>**Suite 555**<br>**Los Angeles, CA 90025** | - | | | X | X | X | **Unknown** |

Sheet no. __12__ of __14__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,800.00**

ALL FINANCIAL INFORMATION SET FORTH IN THE DOCUMENTARY INCLUDING THE ONE ENTERED  08/31/10  9:22AM
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT VERIFIED AS HISTORY BY THE DEBTOR OR ITS CURRENT MANAGER.

B6F (Official Form 6F) (12/07) - Cont.

In re   **Beshmada, LLC**                                            ,   Case No.   **2:09-bk-25523-BR**
                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **WN Cliffside, LLC** **12121 Wilshire Blvd.** **Suite 200** **Los Angeles, CA 90025** | | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **WN Indio, LLC** **c/o Weintraub Financial Services** **P.O. Box 6528** **Malibu, CA 90264** | | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **WN Malibu Lot, LLC** **PO Box 6528** **Malibu, CA 90264** | | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **WN Sunset, LLC** **PO Box 6528** **Malibu, CA 90264** | | - | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| **WN2, LLC** **PO Box 6528** **Malibu, CA 90265** | | - | | | X | X | X | **Unknown** |

Sheet no. __**13**__ of __**14**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

ALL FINANCIAL INFORMATION CONTAINED IN THIS SUMMARY OF SCHEDULES IS PRELIMINARY IN NATURE. THE FINANCIAL 08/31/10 9:22AM
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT VERIFIED BY THE DEBTOR OR ITS CURRENT MANAGER.

B6F (Official Form 6F) (12/07) - Cont.

In re **Beshmada, LLC** , Case No. **2:09-bk-25523-BR**
                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Zarnam, LLC** **2258 Gloaming Way** **Beverly Hills, CA 90210** | - | | | | X | X | X | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __14__ of __14__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | **0.00** |
| Total (Report on Summary of Schedules) | | **50,676,569.96** |

# <u>SCHEDULE G - DISCLAIMER</u>

THE INCLUSION OF ANY OPERATING AGREEMENT OR MEMBERSHIP INTEREST IS NOT AN ADMISSION THAT THE AGREEMENT OR MEMBERSHIP IS IN FACT AN EXECUTORY CONTRACT.

Case 2:09-bk-25523-BR    Doc 182    Filed 08/31/10    Entered 08/31/10 13:58:53    Desc
Main Document    Page 37 of 92

08/31/10  9:22AM

B6G (Official Form 6G) (12/07)

In re    **Beshmada, LLC**                                          Case No.   **2:09-bk-25523-BR**
                                    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
|---|---|
| 10705 Rose Avenue, LLC<br>12121 Wilshire Blvd.<br>Suite 200<br>Los Angeles, CA 90025 | Operating Agreement dated 1/4/2006.  Debtor is 70% Member. |
| 11920 Chandler Blvd., LLC<br>12121 Wilshire Blvd.<br>Suite 200<br>Los Angeles, CA 90025 | Operating Agreement dated 10/17/2005.  Debtor is 50% Member. |
| 1411 Barry Avenue, LLC<br>12121 Wilshire Blvd.<br>Suite 200<br>Los Angeles, CA 90025 | Operating Agreement 2/16/2006.  Debtor is 60% Member. |
| 241 5th Avenue Hotel, LLC<br>c/o Hazak Associates, LLC<br>501 Fifth Avenue<br>Suite 1605<br>New York, NY 10017 | Operating Agreement dated 3/20/2007.  Debtor is 50% Member. |
| 780 La Brea, LLC<br>c/o Mousa Namvar<br>12121 Wilshire Blvd.<br>Suite 555<br>Los Angeles, CA 90025 | Operating Agreement dated 5/4/2005.  Debtor is 18% Member. |
| 780A LaBrea, LLC<br>c/o Faramarz Raban<br>12121 Wilshire Blvd.<br>Suite 555<br>Los Angeles, CA 90025 | Amended Operating Agreement dated 7/10/2007.  Debtor is 18% Member. |
| 780B La Brea, LLC<br>12121 Wilshire Blvd.<br>Los Angeles, CA 90025 | Amended Operating Agreement dated 7/10/2007.  Debtor is a former Member (18%). |
| Ahwatukee Foothill Corporate, LLC<br>1333 South Beverly Glen<br>#706<br>Los Angeles, CA 90024 | Operating Agreement dated 4/20/2006.  Debtor is 75% Member. |
| Arlington 360 Associates, L.P.<br>12121 Wilshire Blvd.<br>Suite 200<br>Los Angeles, CA 90025 | Operating Agreement dated 7/2/2004.  Debtor is 74.38% Member. |

**5**     continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

ALL FINANCIAL INFORMATION CONTAINED IN THE FOLLOWING SCHEDULES ARE PRELIMINARY, UNAUDITED AND SUBJECT TO CHANGE. THE FINANCIAL
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT YET BEEN VERIFIED AS ACCURATE BY THE DEBTOR OR ITS CURRENT MANAGER.

In re    **Beshmada, LLC**

Case No.   **2:09-bk-25523-BR**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Banam, LLC**<br>**12121 Wilshire Blvd.**<br>**Suite 555**<br>**Los Angeles, CA 90025** | **Operating Agreement dated 5/3/2005. Debtor is 46.571% Member.** |
| **Bruton Buckner Associates, L.P.**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025** | **No Operating Agreement located. Debtor is 50% Member.** |
| **Courvoisier Court Holding, LLC**<br>**c/o The Cadem Group Inc.**<br>**Attn: Elliott J. Sharaby**<br>**4481 41st Court**<br>**Hollywood, FL 33021** | **Operating Agreement dated 12/10/2004. Debtor is 50% Member.** |
| **Douglaston Equities, LLC**<br>**c/o Beshmada, LLC**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025** | **Operating Agreement 9/12/2006. Debtor is 50% Member.** |
| **Dunhill Golf Associates, LLC**<br>**Attn: Paul DeRobbio**<br>**Three Lincoln Center**<br>**5430 LBJ Freeway, Suite 1600**<br>**Dallas, TX 75240** | **No Operating Agreement located. Debtor is 50% Member.** |
| **Emporia Investments, LLC**<br>**11755 Wilshire Blvd.**<br>**15th Floor**<br>**Los Angeles, CA 90025** | **Operating Agreement dated 2/4/2005. Debtor is 70% Member.** |
| **Ezilan 5, LLC**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025** | **Limited Liability Company Agreement dated 11/29/2005. Debtor is Sole Member.** |
| **FG Berkshire FM Holdings, LLC**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025** | **Operating Agreement dated 1/31/2005. Debtor is 50% Member.** |
| **GH Capital, LLC**<br>**15301 Ventura Blvd.**<br>**Suite 570**<br>**Sherman Oaks, CA 91403** | **Amended Operating Agreement dated 2004. Debtor is 50% Member.** |
| **GH-VFG, LLC**<br>**c/o GH Capital, LLC**<br>**17277 Ventura Blvd.**<br>**Suite 200**<br>**Encino, CA 91316** | **Operating Agreement dated 2004. Debtor is Member of Harbor Town which was 50% Member.** |

Sheet  **1**  of  **5**  continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

ALL FINANCIAL DATA IS PRELIMINARY, SUBJECT TO CHANGE AND NONE IS WARRANTED. THE FINANCIAL
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT VERIFIED A SINGLE ITEM BY THE DEBTOR OR ITS CURRENT MANAGER.

Case 2:09-bk-25523-BR    Doc 182    Filed 08/31/10    Entered 08/31/10 13:58:53    Desc
Main Document    Page 39 of 92
08/31/10  9:22AM

In re   **Beshmada, LLC**                               ,       Case No.   **2:09-bk-25523-BR**

                                      Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Harbor Town, LLC**<br>**c/o R. Todd Neilson**<br>**2049 Century Park East**<br>**#2300**<br>**Los Angeles, CA 90067** | **Operating Agreement dated 2/8/1996 with Amendment dated 6/21/2005. Debtor is 44% Member.** |
| **Hyde Park Place, Ltd.**<br>**15301 Ventura Blvd.**<br>**Bldg. B**<br>**Suite 570**<br>**Sherman Oaks, CA 91403** | **No Operating Agreement located.** |
| **Innoprize XVI, LLC**<br>**c/o Beshmada, LLC**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025** | **Second Amended and Restated Operating Agreement dated 5/11/2005. Debtor is 50% member.** |
| **Innoprize XVII, LLC**<br>**c/o Beshmada, LLC**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025** | **Operating Agreement dated 6/29/2006. Debtor is 50% Member.** |
| **Innoprize XX, LLC**<br>**12327 Santa Monica Blvd.**<br>**#202**<br>**Los Angeles, CA 90025** | **Operating Agreement dated 6/29/2006. Debtor is 50% Member.** |
| **Innoprize XXIV, LLC**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025** | **Operating Agreement 5/30/2006. Debtor is 70% Member.** |
| **Innoprize XXV, LLC**<br>**c/o Beshmada, LLC**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025** | **Operating Agreement 2/14/2007. Debtor is 50% Member.** |
| **Kohnam 26, LLC**<br>**1333 S. Beverly Glen**<br>**#706**<br>**Los Angeles, CA 90024** | **Operating Agreement dated August 2005. Debtor is 60% Member.** |
| **Meadow Run Investors, LLC**<br>**15301 Ventura Blvd.**<br>**Bldg. B**<br>**Suite 570**<br>**Sherman Oaks, CA 91403** | **1st Amendment to Operating Agreement date 7/1/2004. Debtor is 50% Member.** |

Sheet   **2**   of   **5**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

ALL FINANCIAL DATA IN THIS SUPPLEMENTARY INFORMATION IS UNAUDITED.   8/31/10  9:22AM
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT VERIFIED OR AUDITED BY THE DEBTOR OR ITS CURRENT MANAGER.

In re    **Beshmada, LLC**
_____,    Case No.    **2:09-bk-25523-BR**

                             Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
### (Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Namcal, LLC**<br>c/o R. Todd Neilson<br>2049 Century Park East<br>#2300<br>Los Angeles, CA 90067 | **Operating Agreement dated 2/10/2005.  Debtor is 80% Member.** |
| **Namwest, LLC**<br>16416 N. 92nd Street<br>Suite 150<br>Scottsdale, AZ 85260-3050 | **Amended and Restated Operating Agreement dated 1/1/2006.  Debtor is 50% Member.** |
| **Older & Wiser, LLC**<br>12121 Wilshire Blvd.<br>Suite 555<br>Los Angeles, CA 90025 | **Operating Agreement dated 6/7/2005.  Debtor is 45% Member.** |
| **OSF/BES Fontana Investor Partners**<br>1801 East 9th Street<br>Mail Code: OH99-0703<br>Cleveland, OH 44114-3103 | **Operating Agreement dated 10/11/2006.  Debtor is 20% Member.** |
| **Park View Plaza Real Estate Holding**<br>2283 Stratford Circle<br>Los Angeles, CA 90077 | **Operating Agreement dated 11/3/2004.  Debtor is 75% Member.** |
| **Parox, LLC**<br>12121 Wilshire Blvd.<br>Suite 200<br>Los Angeles, CA 90025 | **Operating Agreement dated 3/19/1998.  Debtor is 35% Member.** |
| **Pecos Capital, LLC**<br>1736 E. Charleston Blvd.<br>Suite 350<br>Las Vegas, NV 89104 | **Operating Agreement dated 8/1/2005.  Debtor is 25% Member.** |
| **SFH II, LLC**<br>575 W. Chandler Blvd.<br>Ste 125<br>Chandler, AZ 85225 | **Operating Agreement Amendment dated 3/14/2007.  Debtor is 20% Member.** |
| **Shira Education Center, LLC**<br>12121 Wilshire Blvd.<br>Suite 200<br>Los Angeles, CA 90025 | **Operating Agreement dated 11/18/2004.  Debtor is 80% Member.** |
| **Sora Inc.**<br>12121 Wilshire Blvd.<br>Suite 200<br>Los Angeles, CA 90025 | **Assignment Agreement dated January 2005.  Debtor is 50% Member.** |

Sheet  **3**  of  **5**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

ALL FINANCIAL DATA CONTAINED IN THIS PRELIMINARY REPORT IS UNAUDITED. THIS 08/31/10  9:22AM
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND IS NOT VERIFIED BY THE DEBTOR OR ITS CURRENT MANAGER.

In re   **Beshmada, LLC**                                          Case No.   __2:09-bk-25523-BR__
_____,
Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Tranmar Properties, LLC**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025** | **Assignment Agreement dated 9/15/2005.  Debtor is 100% Member.** |
| **Victorville Tefft, LLC**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025** | **Operating Agreement dated 8/3/2005 and Amendment dated 9/20/2007.  Debtor is 80% Member.** |
| **Virgil Avenue Properties, LLC**<br>**450 N. Roxbury Drive**<br>**Suite 1050**<br>**Beverly Hills, CA 90210** | **Operating Agreement dated 10/14/2005.  Debtor is 80% Member.** |
| **Wall Street Mart**<br>**c/o Namco Capital Group, Inc.**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025** | **Operating Agreement dated 6/30/1993 and Action dated 11/12/2009.  Debtor is 49% Member.** |
| **WFS 22706 PCH, LLC FKA Whitsett LLC**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025** | **Operating Agreement dated 12/11/2001 and subsequent Amendments and Actions.  Debtor is 50% Member.** |
| **Wilfar, LLC**<br>**12121 Wilshire Blvd.**<br>**#555**<br>**Los Angeles, CA 90025** | **Operating Agreements dated 7/23/2003 and 6/23/2006.  Debtor is 50% Member.** |
| **Wishlab 90, LLC**<br>**12121 Wilshire Blvd.**<br>**Suite 555**<br>**Los Angeles, CA 90025** | **Operating Agreement dated 12/14/2004.  Debtor is 18% member.** |
| **WN Indio, LLC**<br>**c/o Weintraub Financial Services**<br>**P.O. Box 6528**<br>**Malibu, CA 90264** | **Operating Agreement dated 4/22/2005.  Debtor is 50% Member.** |
| **WN Malibu Lot, LLC**<br>**PO Box 6528**<br>**Malibu, CA 90264** | **Operating Agreement dated 4/22/2005.  Debtor is 50% Member.** |
| **WN Sunset, LLC**<br>**PO Box 6528**<br>**Malibu, CA 90264** | **Operating Agreement dated 4/22/2005.  Debtor is 50% Member.** |
| **WN2, LLC**<br>**PO Box 6528**<br>**Malibu, CA 90265** | **Operating Agreement dated 4/5/2006.  Debtor is 50% Member.** |

Sheet   **4**   of   **5**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

ALL FINANCIAL INFORMATION CONTAINED IN THE DOCUMENTARY FILED 08/31/10 ONE OR MORE
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT VERIFIED BY THE DEBTOR OR ITS CURRENT MANAGER.

In re   **Beshmada, LLC**
_____,   Case No.   **2:09-bk-25523-BR**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Zarnam, LLC**<br>**2258 Gloaming Way**<br>**Beverly Hills, CA 90210** | **Operating Agreement dated 11/1/2005.  Debtor is 50% Member.** |

Sheet   **5**   of   **5**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

# <u>SCHEDULE H - DISCLAIMER</u>

IN ADDITION TO THOSE ENTITIES LISTED, ONE OR MORE OF THE DEBTOR'S AFFILIATED
AND NON-AFFILIATED ENTITIES MAY BE LIABLE WITH THE DEBTOR ON ONE OF MORE OF
THE DEBTOR'S KNOWN AND UNKNOWN LIABILITIES.

ALL FINANCIAL DATA IN THIS SUPPLEMENTARY DISCLOSURE OF THE DISCLOSURE STATEMENT IS ONE EXCEPTION. THIS DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND IS NOT VERIFIED AUDITED BY THE DEBTOR OR ITS CURRENT MANAGER.

Case 2:09-bk-25523-BR  Doc 182  Filed 08/31/10  Entered 08/31/10 13:58:53  Desc
Main Document  Page 44 of 92

08/31/10  9:22AM

B6H (Official Form 6H) (12/07)

.

In re **Beshmada, LLC**                                    Case No. **2:09-bk-25523-BR**
_____,
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Beshmada of Delaware, LLC**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025**<br>  Debtor is a Contingent Guarantor on a Promissory Note made by SC Springfield, LLC to MidFirst Bank. Modified loan amount is $8.3mm with the collateral property being owned by SC Springfield, LLC. | **MidFirst Bank**<br>**Attn: Jay R. Ganske**<br>**3030 East Camelback Road**<br>**Phoenix, AZ 85016** |
| **Ezri Namvar**<br>**c/o R. Todd Neilson**<br>**LECG, LLC**<br>**2049 Century Park East, Suite 2300**<br>**Los Angeles, CA 90067**<br>  Loan to Namco 8, LLC. Debtor is guarantor up to a maximum of 30% of the loan amount as per a loan application dated 7/25/2007. Total loan amount is $12,000,000. Ezri Namvar is also a guarantor on this loan. | **MidFirst Bank**<br>**P.O. Box 268879**<br>**Oklahoma City, OK 73126-8879** |
| **Ezri Namvar**<br>**c/o R. Todd Neilson**<br>**LECG, LLC**<br>**2049 Century Park East, Suite 2300**<br>**Los Angeles, CA 90067**<br>  Debtor is a Contingent Guarantor on a Promissory Note made by SC Springfield, LLC to MidFirst Bank. Modified loan amount is $8.3mm with the collateral property being owned by SC Springfield, LLC. | **MidFirst Bank**<br>**Attn: Jay R. Ganske**<br>**3030 East Camelback Road**<br>**Phoenix, AZ 85016** |
| **Flamingo Chateau 2, LLC**<br>**3695 West Flamingo Road**<br>**Las Vegas, NV 89103**<br>  Debtor is guarantor on a loan to Flamingo Chateau 2, LLC. There is a Promissory Note (#964905-100) dated 4/27/2007 from Flamingo Chateau 2, LLC to MidFirst Bank in the amount of $2,150,000. | **MidFirst Bank**<br>**P.O. Box 268879**<br>**Oklahoma City, OK 73126-8879** |
| **Fontana Sierra Summit Investments**<br>**32823 Highway 79 South**<br>**Temecula, CA 92592**<br>  Debtor's signature appears on a Resolution of Limited Liability Company Member with Fontana Sierra Summit Investments, LLC as Borrower. | **San Diego National Bank**<br>**San Diego Main Office**<br>**P.O. Box 12605**<br>**San Diego, CA 92112-3605** |

**2**
___ continuation sheets attached to Schedule of Codebtors

In re    **Beshmada, LLC**                                    ,    Case No.    **2:09-bk-25523-BR**

Debtor

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jeff & Lynette Belle**<br>**c/o Rebecca J. Winthrop, Esq.**<br>**Ballard Spahr LLP**<br>**2029 Century Park East, #800**<br>**Los Angeles, CA 90067**<br>  **Debtor is a Contingent Guarantor on a**<br>**Promissory Note made by SC Springfield, LLC to**<br>**MidFirst Bank. Modified loan amount is $8.3mm**<br>**with the collateral property being owned by SC**<br>**Springfield, LLC.** | **MidFirst Bank**<br>**Attn: Jay R. Ganske**<br>**3030 East Camelback Road**<br>**Phoenix, AZ 85016** |
| **Namco 8, LLC**<br>**12121 Wilshire Blvd.**<br>**Los Angeles, CA 90025**<br>  **Loan to Namco 8, LLC. Debtor is guarantor up to**<br>**a maximum of 30% of the loan amount as per a**<br>**loan application dated 7/25/2007. Total loan**<br>**amount is $12,000,000. Ezri Namvar is also a**<br>**guarantor on this loan.** | **MidFirst Bank**<br>**P.O. Box 268879**<br>**Oklahoma City, OK 73126-8879** |
| **Namvar Family Trust**<br>**c/o R. Todd Neilson**<br>**LECG, LLC**<br>**2049 Century Park East, Suite 2300**<br>**Los Angeles, CA 90067**<br>  **Debtor is a Contingent Guarantor on a**<br>**Promissory Note made by SC Springfield, LLC to**<br>**MidFirst Bank. Modified loan amount is $8.3mm**<br>**with the collateral property being owned by SC**<br>**Springfield, LLC.** | **MidFirst Bank**<br>**Attn: Jay R. Ganske**<br>**3030 East Camelback Road**<br>**Phoenix, AZ 85016** |
| **SC Springfield, LLC**<br>**c/o Rebecca J. Winthrop, Esq.**<br>**Ballard Spahr, LLP**<br>**2029 Century Park East, #800**<br>**Los Angeles, CA 90067**<br>  **Debtor is a Contingent Guarantor on a**<br>**Promissory Note made by SC Springfield, LLC to**<br>**MidFirst Bank. Modified loan amount is $8.3mm**<br>**with the collateral property being owned by SC**<br>**Springfield, LLC.** | **MidFirst Bank**<br>**Attn: Jay R. Ganske**<br>**3030 East Camelback Road**<br>**Phoenix, AZ 85016** |
| **Victorville Tefft, LLC**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025**<br>  **Debtor signed an Acknowledgement of Loan**<br>**Extention Option for Victorville Tefft, LLC. Loan**<br>**amount is $19.630mm.** | **BankFirst**<br>**225 S. Sixth Street**<br>**#2900**<br>**Minneapolis, MN 55402** |

Sheet   **1**   of   **2**   continuation sheets attached to the Schedule of Codebtors

ALL FINANCIAL DATA IN THIS SUPPLEMENTARY SCHEDULE OF FINANCIAL DATA IS NONE INFORMATION
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT BEEN VERIFIED OR AUDITED BY THE DEBTOR OR ITS CURRENT MANAGER.

Case 2:09-bk-25523-BR    Doc 182    Filed 08/31/10    Entered 08/31/10 13:58:53    Desc
Main Document    Page 46 of 92

8/31/10 9:22AM

In re  **Beshmada, LLC**                                                                ,        Case No.   **2:09-bk-25523-BR**
                                          Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **WN2, LLC**<br>**PO Box 6528**<br>**Malibu, CA 90265**<br>   **Debtor is guarantor on a promissory note dated**<br>**6/22/2006 made by WN2, LLC in favor of MidFirst**<br>**Bank in the amount of $3,170,000.** | **MidFirst Bank**<br>**P.O. Box 268879**<br>**Oklahoma City, OK 73126-8879** |

Sheet  **2**  of  **2**  continuation sheets attached to the Schedule of Codebtors

8/31/10  9:22AM

ALL FINANCIAL DATA IS PROVIDED AS OF THE INVOLUNTARY PETITION DATE (JUNE 19, 2009).
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND IS NOT VERIFIED AT THIS TIME BY THE DEBTOR OR ITS CURRENT MANAGER.

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California

In re  **Beshmada, LLC**                                     Case No.    **2:09-bk-25523-BR**
                                  Debtor(s)                  Chapter     **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Its Current Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __36__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date __August 31, 2010__          Signature _____

                                            Louis A. Cicalese
                                            **Its Current Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Central District of California

| | | | |
|---|---|---|---|
| In re | **Beshmada, LLC** | Case No. | **2:09-bk-25523-BR** |
| | Debtor(s) | Chapter | **11** |

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### *DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
■

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|

---

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$-8,587,807.00** | **2008 - Loss from memberships in other LLC's - Tax Return** |
| **$462,074.00** | **2007 - Income from membership in other LLC's - Tax Return** |

ALL FINANCIAL DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND IS NOT NECESSARILY VERIFIED BY THE DEBTOR OR ITS CURRENT MANAGER.

2

### 3. Payments to creditors

None ■

*Complete a. or b., as appropriate, and c.*

a.  *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF DEBTOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐

b.  *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Pacific Western Bank Westwood Office 1762 Westwood Boulevard Los Angeles, CA 90024 | 5/31/2009 | $2,445.71 | $0.00 |
| Pacific Western Bank Westwood Office 1762 Westwood Boulevard Los Angeles, CA 90024 | 4/30/2009 | $1,697.69 | $0.00 |
| Starpoint Properies, LLC Bob Baradaran, Esq. c/o Greenberg Glusker Fields Claman 1900 Avenue of the Stars, Ste 2100 Los Angeles, CA 90067 | 4/6/2009 | $90,128.73 | $0.00 |
| Pacific Western Bank Westwood Office 1762 Westwood Boulevard Los Angeles, CA 90024 | 3/31/2009 | $2,200.55 | $0.00 |

None ☐

c.  *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Forrester & Worth, PLLC 3636 North Central Avenue Suite 700 Phoenix, AZ 85012-1985   Attorney for Namwest, LLC (Debtor is 50% owner) | 2/25/2009 | $2,500.00 | $0.00 |

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

3

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Joseph Davidian<br>3 Vicente Terrace<br>#308<br>Santa Monica, CA 90401<br>Noteholder of Namco Capital Group, Inc. | 2/5/2009 | $96.00 | $0.00 |
| Security Pacific Bank<br>12121 Wilshire Blvd.<br>Suite 1350<br>Los Angeles, CA 90025<br>Service charge for Namco Capital Group, Inc. | 2/2/2009 | $423.99 | $0.00 |
| Namco Capital Group, Inc.<br>12121 Wilshire Blvd.<br>Suite 200<br>Los Angeles, CA 90025<br>Debtor's manager (Ezri Namvar) is owner of<br>Namco Capital Group, Inc. | 1/22/2009 | $11,450.00 | $0.00 |
| Security Pacific Bank<br>12121 Wilshire Blvd.<br>Suite 1350<br>Los Angeles, CA 90025<br>Service charge for Namco Capital Group, Inc. | 2/5/2009 | $423.99 | $0.00 |
| Namco Capital Group, Inc.<br>12121 Wilshire Blvd.<br>Suite 200<br>Los Angeles, CA 90025<br>Debtor's manager (Ezri Namvar) is owner of<br>Namco Capital Group, Inc. | 1/15/2009 | $2,000.00 | $0.00 |
| Namco Capital Group, Inc.<br>12121 Wilshire Blvd.<br>Suite 200<br>Los Angeles, CA 90025<br>Debtor's manager (Ezri Namvar) is owner of<br>Namco Capital Group, Inc. | 1/14/2009 | $10,000.00 | $0.00 |
| OPICS Properties, LLC<br>2120 Kerwood Drive<br>Los Angeles, CA 90025<br>Owner (Fara Raban) was Acquisitions Manager<br>for Namco Capital Group, Inc. | 1/12/2009 | $17,000.00 | $0.00 |
| Namco Capital Group, Inc.<br>12121 Wilshire Blvd.<br>Suite 200<br>Los Angeles, CA 90025<br>Debtor's manager (Ezri Namvar) is owner of<br>Namco Capital Group, Inc. | 1/8/2009 | $300.00 | $0.00 |
| Dimes, LLC<br>12121 Wilshire Blvd.<br>Suite 200<br>Los Angeles, CA 90025<br>Debtor's manager (Ezri Namvar) is manager and<br>50% owner. | 1/8/2009 | $3,500.00 | $0.00 |
| Namco Capital Group, Inc.<br>12121 Wilshire Blvd.<br>Suite 200<br>Los Angeles, CA 90025<br>Debtor's manager (Ezri Namvar) is owner of<br>Namco Capital Group, Inc. | 1/7/2009 | $1,362.00 | $0.00 |

ALL FINANCIAL DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND IS NOT VERIFIED BY THE DEBTOR OR ITS CURRENT MANAGER.

THE INFORMATION HEREIN IS PRELIMINARY AND HAS NOT BEEN VERIFIED AS THIS TIME BY THE DEBTOR OR ITS CURRENT MANAGER.

8/31/10  9:22AM

4

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| Namco Capital Group, Inc.<br>12121 Wilshire Blvd.<br>Suite 200<br>Los Angeles, CA 90025<br>   Debtor's manager (Ezri Namvar) is owner of<br>Namco Capital Group, Inc. | 1/7/2009 | $3,500.00 | $0.00 |
| Namco Capital Group, Inc.<br>12121 Wilshire Blvd.<br>Suite 200<br>Los Angeles, CA 90025<br>   Debtor's manager (Ezri Namvar) is owner of<br>Namco Capital Group, Inc. | 1/7/2009 | $3,500.00 | $0.00 |
| Namco Capital Group, Inc.<br>12121 Wilshire Blvd.<br>Suite 200<br>Los Angeles, CA 90025<br>   Debtor's manager (Ezri Namvar) is owner of<br>Namco Capital Group, Inc. | 12/31/2008 | $24,000.00 | $0.00 |
| Namco Capital Group, Inc.<br>12121 Wilshire Blvd.<br>Suite 200<br>Los Angeles, CA 90025<br>   Debtor's manager (Ezri Namvar) is owner of<br>Namco Capital Group, Inc. | 12/30/08 | $7,000.00 | $0.00 |
| Namco Capital Group, Inc.<br>12121 Wilshire Blvd.<br>Suite 200<br>Los Angeles, CA 90025<br>   Debtor's manager (Ezri Namvar) is owner of<br>Namco Capital Group, Inc. | 12/29/08 | $2,200.00 | $0.00 |
| John Harounian<br>12011 San Vicente Blvd.<br>Suite B-1<br>Los Angeles, CA 90049<br>   Relatives are noteholders of Namco Capital<br>Group, Inc. | 12/24/2008 | $395.17 | $0.00 |
| Namco Capital Group, Inc.<br>12121 Wilshire Blvd.<br>Suite 200<br>Los Angeles, CA 90025<br>   Debtor's manager (Ezri Namvar) is owner of<br>Namco Capital Group, Inc. | 12/24/2008 | $2,000.00 | $0.00 |
| Namco Capital Group, Inc.<br>12121 Wilshire Blvd.<br>Suite 200<br>Los Angeles, CA 90025<br>   Debtor's manager (Ezri Namvar) is owner of<br>Namco Capital Group, Inc. | 12/24/2008 | $2,600.00 | $0.00 |
| OPICS Properties, LLC<br>2120 Kerwood Drive<br>Los Angeles, CA 90025<br>   Owner (Fara Raban) was Acquisitions Manager<br>for Namco Capital Group, Inc. | 12/24/2008 | $10,000.00 | $0.00 |

ALL FINANCIAL DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT BEEN VERIFIED BY THE DEBTOR OR ITS CURRENT MANAGER.

Case 2:09-bk-25523-BR    Doc 182    Filed 08/31/10    Entered 08/31/10 13:58:53    Desc
Main Document    Page 52 of 92

8/31/10  9:22AM

5

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Guayule Eloy, LLC**<br>**c/o Clifford B. Altfeld**<br>**Altfeld Battaile & Goldman PC**<br>**250 Meyer Avenue**<br>**Tucson, AZ 85701**<br>TBD | **12/24/2008** | **$19,000.00** | **$0.00** |
| **Namco Capital Group, Inc.**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025**<br>Debtor's manager (Ezri Namvar) is owner of Namco Capital Group, Inc. | **12/23/2008** | **$10,500.00** | **$0.00** |
| **Greg Johnson**<br>**12121 Wilshire Blvd.**<br>**Suite 601**<br>**Los Angeles, CA 90025**<br>RE: Namwest, LLC, 50% owned by Debtor. | **12/22/2008** | **$60.00** | **$0.00** |
| **Namco Capital Group, Inc.**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025**<br>Debtor's manager (Ezri Namvar) is owner of Namco Capital Group, Inc. | **12/22/2008** | **$7,500.00** | **$0.00** |
| **Namco Capital Group, Inc.**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025**<br>Debtor's manager (Ezri Namvar) is owner of Namco Capital Group, Inc. | **12/19/2008** | **$6,500.00** | **$0.00** |
| **Namco Capital Group, Inc.**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025**<br>Debtor's manager (Ezri Namvar) is owner of Namco Capital Group, Inc. | **12/18/2008** | **$50,000.00** | **$0.00** |
| **Ezri &Ilana Namvar Charitable Trust**<br>**c/o R. Todd Neilson**<br>**2049 Century Park East**<br>**Suite 2300**<br>**Los Angeles, CA 90067**<br>Ezri Namvar was manager of the Debtor. | **12/16/2008** | **$2,500.00** | **$0.00** |
| **Namco Capital Group, Inc.**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025**<br>Debtor's manager (Ezri Namvar) is owner of Namco Capital Group, Inc. | **12/16/2008** | **$25,000.00** | **$0.00** |
| **Namco Capital Group, Inc.**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025**<br>Debtor's manager (Ezri Namvar) is owner of Namco Capital Group, Inc. | **12/15/2008** | **$55,000.00** | **$0.00** |

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Namco Capital Group, Inc.**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025**<br>   **Debtor's manager (Ezri Namvar) is owner of**<br>**Namco Capital Group, Inc.** | **12/12/2008** | **$10,000.00** | **$0.00** |
| **Namco Capital Group, Inc.**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025**<br>   **Debtor's manager (Ezri Namvar) is owner of**<br>**Namco Capital Group, Inc.** | **12/11/2008** | **$13,000.00** | **$0.00** |
| **Namco Capital Group, Inc.**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025**<br>   **Debtor's manager (Ezri Namvar) is owner of**<br>**Namco Capital Group, Inc.** | **12/10/2008** | **$25,000.00** | **$0.00** |
| **Bruton Buckner Associates, L.P.**<br>**c/o R. Todd Neilson**<br>**2049 Century Park East**<br>**#2300**<br>**Los Angeles, CA 90067**<br>   **Debtor is 50% owner.** | **12/9/2008** | **$75.00** | **$0.00** |
| **Nicholas F. Klein, Esq.**<br>**1726 San Vicente Blvd.**<br>**#325**<br>**Los Angeles, CA 90049**<br>   **Legal Services for Namcal/Cal Neva. Debtor is**<br>**80% owner of Namcal, LLC.** | **12/5/2008** | **$3,441.00** | **$0.00** |
| **Namco Capital Group, Inc.**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025**<br>   **Debtor's manager (Ezri Namvar) is owner of**<br>**Namco Capital Group, Inc.** | **12/4/2008** | **$60,000.00** | **$0.00** |
| **Namco Capital Group, Inc.**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025**<br>   **Debtor's manager (Ezri Namvar) is owner of**<br>**Namco Capital Group, Inc.** | **12/3/2008** | **$5,000.00** | **$0.00** |
| **Hedvat Sharareh**<br>**14647 Dickens Ave., #4**<br>**Sherman Oaks, CA 91403**<br>   **Noteholder of Namco Capital Group, Inc.** | **12/1/2008** | **$1,500.00** | **$0.00** |
| **Namco Capital Group, Inc.**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025**<br>   **Debtor's manager (Ezri Namvar) is owner of**<br>**Namco Capital Group, Inc.** | **12/1/2008** | **$5,000.00** | **$0.00** |

ALL FINANCIAL Case 2:09-bk-25523-BR THE Doc 182RY FiledONE 08/31/10RMA Entered 08/31/10 13:58:53 Desc
DATA IS BASED ON THE DEBTOR'S BOOKS AND MAIN Document LIKELY Page 54 of 92 BY THE DEBTOR OR ITS CURRENT MANAGER.

8/31/10 9:22AM

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Namco Capital Group, Inc.**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025**<br>    **Debtor's manager (Ezri Namvar) is owner of**<br>**Namco Capital Group, Inc.** | **12/1/2008** | **$65,000.00** | **$0.00** |
| **Ezri Namvar**<br>**c/o R. Todd Neilson**<br>**LECG, LLC**<br>**2049 Century Park East, Suite 2300**<br>**Los Angeles, CA 90067**<br>    **Manager of Debtor.** | **11/26/2008** | **$500.00** | **$0.00** |
| **Ezri Namvar**<br>**c/o R. Todd Neilson**<br>**LECG, LLC**<br>**2049 Century Park East, Suite 2300**<br>**Los Angeles, CA 90067**<br>    **Manager of Debtor.** | **11/25/2008** | **$1,200.00** | **$0.00** |
| **Namco Capital Group, Inc.**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025**<br>    **Debtor's manager (Ezri Namvar) is owner of**<br>**Namco Capital Group, Inc.** | **11/25/2008** | **$5,000.00** | **$0.00** |
| **Namco Capital Group, Inc.**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025**<br>    **Debtor's manager (Ezri Namvar) is owner of**<br>**Namco Capital Group, Inc.** | **11/25/2008** | **$9,000.00** | **$0.00** |
| **Namco Capital Group, Inc.**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025**<br>    **Debtor's manager (Ezri Namvar) is owner of**<br>**Namco Capital Group, Inc.** | **11/25/2008** | **$30,000.00** | **$0.00** |
| **Namco Capital Group, Inc.**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025**<br>    **Debtor's manager (Ezri Namvar) is owner of**<br>**Namco Capital Group, Inc.** | **11/24/2008** | **$700.00** | **$0.00** |
| **Namco Capital Group, Inc.**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025**<br>    **Debtor's manager (Ezri Namvar) is owner of**<br>**Namco Capital Group, Inc.** | **11/24/2008** | **$5,000.00** | **$0.00** |
| **Namco Capital Group, Inc.**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025**<br>    **Debtor's manager (Ezri Namvar) is owner of**<br>**Namco Capital Group, Inc.** | **11/24/2008** | **$15,000.00** | **$0.00** |

ALL FINANCIAL DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT BEEN VERIFIED BY THE DEBTOR OR ITS CURRENT MANAGER.

Case 2:09-bk-25523-BR   Doc 182   Filed 08/31/10   Entered 08/31/10 13:58:53   Desc
Main Document      Page 55 of 92

8/31/10 9:22AM

8

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Namco Insurance Services**<br>**12121 Wilshire Blvd.**<br>**#555**<br>**Los Angeles, CA 90025**<br>    **Owned by Mousa Namvar, brother of Ezri**<br>**Namvar, manager of Debtor.** | **11/19/2008** | **$240.00** | **$0.00** |
| **Alex Hakakian**<br>**15478 Duomo Via**<br>**Los Angeles, CA 90077**<br>    **Investor with Namco Capital Group, Inc., owned**<br>**by Ezri Namvar, manager of the Debtor.** | **11/19/2008** | **$10,000.00** | **$0.00** |
| **Wilfar, LLC**<br>**12121 Wilshire Blvd.**<br>**#555**<br>**Los Angeles, CA 90025**<br>    **Debtor is 50% owner.** | **11/6/2008** | **$1,000.00** | **$0.00** |
| **Namco Capital Group, Inc.**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025**<br>    **Debtor's manager (Ezri Namvar) is owner of**<br>**Namco Capital Group, Inc.** | **10/24/2008** | **$35,000.00** | **$0.00** |
| **Namco Capital Group, Inc.**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025**<br>    **Debtor's manager (Ezri Namvar) is owner of**<br>**Namco Capital Group, Inc.** | **10/31/2008** | **$60,000.00** | **$0.00** |
| **Dimes, LLC**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025**<br>    **Debtor's manager (Ezri Namvar) is manager and**<br>**50% owner.** | **10/24/2008** | **$40,000.00** | **$0.00** |
| **Namco Capital Group, Inc.**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025**<br>    **Debtor's manager (Ezri Namvar) is owner of**<br>**Namco Capital Group, Inc.** | **10/20/2008** | **$13,000.00** | **$0.00** |
| **Namco Capital Group, Inc.**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025**<br>    **Debtor's manager (Ezri Namvar) is owner of**<br>**Namco Capital Group, Inc.** | **10/16/2008** | **$70,000.00** | **$0.00** |
| **OPICS Properties, LLC**<br>**2120 Kerwood Drive**<br>**Los Angeles, CA 90025**<br>    **Owner (Fara Raban) was Acquisitions Manager**<br>**for Namco Capital Group, Inc.** | **10/7/2008** | **$20,000.00** | **$0.00** |
| **Namco Capital Group, Inc.**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025**<br>    **Debtor's manager (Ezri Namvar) is owner of**<br>**Namco Capital Group, Inc.** | **10/6/2008** | **$350,000.00** | **$0.00** |

9

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| NYS LLC/LLP | 10/2/2008 | $500.00 | $0.00 |
|    TBD | | | |
| Namco Capital Group, Inc.<br>12121 Wilshire Blvd.<br>Suite 200<br>Los Angeles, CA 90025<br>  Debtor's manager (Ezri Namvar) is owner of<br>Namco Capital Group, Inc. | 10/2/2008 | $1,000,000.00 | $0.00 |
| Namco Capital Group, Inc.<br>12121 Wilshire Blvd.<br>Suite 200<br>Los Angeles, CA 90025<br>  Debtor's manager (Ezri Namvar) is owner of<br>Namco Capital Group, Inc. | 9/29/2008 | $50,000.00 | $0.00 |
| Zarnam, LLC<br>2258 Gloaming Way<br>Beverly Hills, CA 90210<br>  Debtor is 50% owner. | 9/25/2008 | $25,000.00 | $0.00 |
| State of New Jersey<br>Division of Taxation<br>Revenue Processing Center<br>P.O. Box 642<br>Trenton, NJ 08646-0642<br>  RE: NS Partners NJ, LLC.  Members are those<br>of the Debtor. | 9/24/2008 | $675.00 | $0.00 |
| Emporia Investments, LLC<br>12121 Wilshire Blvd.<br>Suite 200<br>Los Angeles, CA 90025<br>  Debtor is 70% owner. | 9/22/2008 | $1,600.00 | $0.00 |
| Namco Capital Group, Inc.<br>12121 Wilshire Blvd.<br>Suite 200<br>Los Angeles, CA 90025<br>  Debtor's manager (Ezri Namvar) is owner of<br>Namco Capital Group, Inc. | 9/18/2008 | $200,000.00 | $0.00 |
| National Registered Agents, Inc.<br>P.O. Box 927<br>Princeton Junction, NJ 08550-0927<br>  RE: Fontana Sierra Summit Investments, LLC of<br>which Debtor is an indirect 8% owner. | 9/17/2008 | $169.00 | $0.00 |
| Wolf Block Schorr and Solis-Cohen<br>1650 Arch Street<br>Philadelphia, PA 19103<br>  RE: Riverwinds, an investment of NS Partners<br>NJ, LLC, the members of which are members of<br>the Debtor. | 9/17/2008 | $20,000.00 | $0.00 |
| American Express<br><br>  RE: Tony Namvar, brother of Ezri Namvar,<br>manager of the Debtor. | 9/15/2008 | $269.20 | $0.00 |
| Giann Vitale<br><br>  RE: Namwest, LLC, of which the Debtor is a<br>50% owner. | 9/12/2008 | $317.00 | $0.00 |

10

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Greg Johnson**<br>**12121 Wilshire Blvd.**<br>**Suite 601**<br>**Los Angeles, CA 90025**<br>**RE: Namwest, LLC, of which the Debtor is a 50% owner.** | **9/11/2008** | **$1,076.76** | **$0.00** |
| **Emporia Investments, LLC**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025**<br>**Debtor is 70% owner.** | **9/11/2008** | **$4,522.79** | **$0.00** |
| **TRPA**<br>**P.O. Box 5310**<br>**Stateline, NV 89449**<br>**RE: Namcal, LLC, of which Debtor is an 80% owner.** | **9/8/2008** | **$809.00** | **$0.00** |
| **Thomas J. Hall**<br>**308 South Arlington Avenue**<br>**Reno, NV 89501**<br>**RE: Namcal, LLC, of which Debtor is an 80% owner.** | **9/8/2008** | **$50,030.00** | **$0.00** |
| **241 5th Avenue Hotel, LLC**<br>**c/o Hazak Associates, LLC**<br>**501 Fifth Avenue**<br>**Suite 1605**<br>**New York, NY 10017**<br>**Debtor is 50% owner.** | **8/29/2008** | **$152,000.00** | **$0.00** |
| **Namco Insurance Services**<br>**12121 Wilshire Blvd.**<br>**#555**<br>**Los Angeles, CA 90025**<br>**RE: Namwest Town Lakes, LLC, owned by Woodman Partners whose members are relatives of the Debtor's members.** | **8/22/2008** | **$532.05** | **$0.00** |
| **Namco Capital Group, Inc.**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025**<br>**RE: Beshmada of Delaware, LLC, the members of which are the same as those of Debtor.** | **8/21/2008** | **$1,500,000.00** | **$0.00** |
| **New Jersey Division of Revenue**<br><br>**RE: Riverwinds Golf Development, LLC, indirectly owned 100% by Beshmada of Delaware, LLC which shares the same members as Debtor.** | **8/20/2008** | **$50.00** | **$0.00** |
| **New Jersey Division of Revenue**<br><br>**RE: NS Partners NJ, LLC. Members are those of the Debtor.** | **8/20/2008** | **$50.00** | **$0.00** |
| **Ewoldt International**<br>**11297 Equine Lane**<br>**West Palm Beach, FL 33414-3503**<br>**RE: Namwest of Niagara, LLC, of which Debtor is an indirect 26% owner.** | **8/15/2008** | **$10,760.82** | **$0.00** |

ALL FINANCIAL Case 2:09-bk-25523-BR Doc 182 Filed 08/31/10 Entered 08/31/10 13:58:53 Desc
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND IS NOT VERIFIED BY THE DEBTOR OR ITS CURRENT MANAGER.
Main Document Page 58 of 92

8/31/10 9:22AM

11

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **John Harounian**<br>**12011 San Vicente Blvd.**<br>**Suite B-1**<br>**Los Angeles, CA 90049**<br>    **Relatives are noteholders of Namco Capital**<br>**Group, Inc.** | **8/14/2008** | **$1,732.73** | **$0.00** |
| **WN Indio, LLC**<br>**c/o Weintraub Financial**<br>**Services, Inc.**<br>**P.O. Box 6528**<br>**Malibu, CA 90264**<br>    **Debtor is 50% owner.** | **8/12/2008** | **$45,030.00** | **$0.00** |
| **DBN Management, LLC**<br>**27032 Rocking Horse Lane**<br>**Laguna Hills, CA 92653**<br>    **RE: DBN Development, LLC, of which Debtor is**<br>**50% owner.** | **8/12/2008** | **$50,000.00** | **$0.00** |
| **Collaborative Design**<br>**Mall 9444**<br>**Double R. Blvd.**<br>**Ste B**<br>**Reno, NV 89521**<br>    **RE: Namcal, LLC, of which Debtor is 80%**<br>**owner.** | **8/11/2008** | **$572.94** | **$0.00** |
| **Hill Planing**<br>**P.O. Box 6139**<br>**Incline Village, NV 89450**<br>    **RE: Namcal, LLC, of which Debtor is 80%**<br>**owner.** | **8/11/2008** | **$3,786.25** | **$0.00** |
| **Amtrust/Ohio Savings Bank**<br><br>    **RE: Fontana Sierra Summit Investments, LLC of**<br>**which Debtor is an indirect 8% owner.** | **8/4/2008** | **$27,194.65** | **$0.00** |
| **Gary Bedian**<br>**15030 Ventura Blvd.**<br>**#910**<br>**Sherman Oaks, CA 91403**<br>    **RE: Namwest of Niagara, LLC, of which Debtor**<br>**is an indirect 26% owner.** | **7/22/2008** | **$1,854.71** | **$0.00** |
| **Ezri &Ilana Namvar Charitable Trust**<br>**c/o R. Todd Neilson**<br>**2049 Century Park East**<br>**Suite 2300**<br>**Los Angeles, CA 90067**<br>    **Ezri Namvar is manager of the Debtor.** | **7/21/2008** | **$500.00** | **$0.00** |
| **DBN Management, LLC**<br>**27032 Rocking Horse Lane**<br>**Laguna Hills, CA 92653**<br>    **RE: DBN Development, LLC, of which Debtor is**<br>**50% owner.** | **7/21/2008** | **$75,000.00** | **$0.00** |
| **Wilfar, LLC**<br>**12121 Wilshire Blvd.**<br>**#555**<br>**Los Angeles, CA 90025**<br>    **Debtor is 50% owner.** | **7/17/2008** | **$50,000.00** | **$0.00** |

12

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| 780A Labrea, LLC 12121 Wilshire Blvd. Los Angeles, CA 90025 Debtor is 18% owner. | 7/16/2008 | $54,360.00 | $0.00 |
| Namco Insurance Services 12121 Wilshire Blvd. #555 Los Angeles, CA 90025 RE: Secret Beach Estates, LLC, which is owned by Beshmada of Delaware, LLC and Dimes, LLC, each of which have in common management and members of Debtor. | 7/14/2008 | $1,248.43 | $0.00 |
| Amtrust/Ohio Savings Bank RE: Fontana Sierra Summit Investments, LLC of which Debtor is an indirect 8% owner. | 7/11/2008 | $10,329.32 | $0.00 |
| Wilfar, LLC 12121 Wilshire Blvd. #555 Los Angeles, CA 90025 Debtor is 50% owner. | 7/10/2008 | $5,000.00 | $0.00 |
| 241 5th Avenue Hotel, LLC c/o Hazak Associates, LLC 501 Fifth Avenue Suite 1605 New York, NY 10017 Debtor is 50% owner. | 7/9/2008 | $139,584.09 | $0.00 |
| PBD2 Associates, Inc. 2919 North 48th Place Phoenix, AZ 85018 RE: Namwest Town Lakes, LLC, owned by Woodman Partners whose members are relatives of the Debtor's members. | 7/7/2008 | $6,212.50 | $0.00 |
| Leo A. Daly Company 3344 E. Camelback Rd. #200 Phoenix, AZ 85018 RE: Namwest Town Lakes, LLC, owned by Woodman Partners whose members are relatives of the Debtor's members. | 7/7/2008 | $8,724.30 | $0.00 |
| Ewoldt International 11297 Equine Lane West Palm Beach, FL 33414-3503 RE: Namwest of Niagara, LLC, of which Debtor is an indirect 26% owner. | 7/7/2008 | $10,000.00 | $0.00 |
| Northup Capital Group, LLC 5926 Sallisaw Court San Diego, CA 92120 RE: Namwest, LLC, 50% owned by Debtor. | 7/1/2008 | $6,951.01 | $0.00 |
| Northup Capital Group, LLC 5926 Sallisaw Court San Diego, CA 92120 RE: Namwest, LLC, 50% owned by Debtor. | 7/1/2008 | $8,614.70 | $0.00 |

13

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Thomas J. Hall**<br>**308 South Arlington Avenue**<br>**Reno, NV 89501**<br>RE: Namcal, LLC, 80% owned by Debtor. | **7/1/2008** | **$50,030.00** | **$0.00** |
| **Amtrust/Ohio Savings Bank**<br><br>RE: Fontana Sierra Summit Investments, LLC of which Debtor is an indirect 8% owner. | 6/30/2008 | $5,203.99 | $0.00 |
| **Greenberg Traurig, LLP**<br>**650 Town Center Drive**<br>**Ste 1700**<br>**Costa Mesa, CA 92626** | 6/23/2008 | $75,000.00 | $0.00 |
| **Park View Plaza Real Estate Holding**<br>**2283 Stratford Circle**<br>**Los Angeles, CA 90077**<br>75% owned by Debtor. | 6/27/2008 | $7,000.00 | $0.00 |
| **Hill Planing**<br>**P.O. Box 6139**<br>**Incline Village, NV 89450**<br>RE: Namcal, LLC, of which Debtor is 80% owner. | 6/26/2008 | $2,356.82 | $0.00 |
| **Arnett & Associates, Inc.**<br>**120 Country Club Dr. #13**<br>**Incline Village, NV 89451**<br>RE: Namcal, LLC, of which Debtor is 80% owner. | 6/26/2008 | $3,121.05 | $0.00 |
| **Afrinam, LLC**<br>**12121 Wilshire Blvd.**<br>**Suite 200**<br>**Los Angeles, CA 90025**<br>Debtor is indirect 50% owner. | 6/26/2008 | $88,968.50 | $0.00 |
| **Nicholas F. Klein, Esq.**<br>**1726 San Vicente Blvd.**<br>**#325**<br>**Los Angeles, CA 90049**<br>RE: Ezilan 5, LLC of which Debtor is 100% owner. | 6/20/2008 | $157.50 | $0.00 |
| **Banam, LLC**<br>**12121 Wilshire Blvd.**<br>**Los Angeles, CA 90025**<br>Debtor is 47% owner. | 6/26/2008 | $217,855.00 | $0.00 |
| **241 5th Avenue Hotel, LLC**<br>**c/o Hazak Associates, LLC**<br>**501 Fifth Avenue**<br>**Suite 1605**<br>**New York, NY 10017**<br>Debtor is 50% owner. | 6/24/2008 | $152,236.00 | $0.00 |
| **Wilfar, LLC**<br>**12121 Wilshire Blvd.**<br>**#555**<br>**Los Angeles, CA 90025**<br>Debtor is 50% owner. | 6/23/2008 | $50,000.00 | $0.00 |

Case 2:09-bk-25523-BR Doc 182 Filed 08/31/10 Entered 08/31/10 13:58:53 Desc
Main Document Page 61 of 92

8/31/10 9:22AM

ALL FINANCIAL DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND IS A SUMMARY THAT HAS NOT BEEN VERIFIED BY THE DEBTOR OR ITS CURRENT MANAGER.

14

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None □ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Starpoint Properties LLC, et al. v. Beshmada, LLC et al. BC410026** | **Complaint for Fraud** | **Superior Court of California, County of Los Angeles, Unlimited Jurisdiction** | **Removed to the bankruptcy court and remanded.** |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

ALL FINANCIAL DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND IS NOT VERIFIED OR AUDITED BY THE DEBTOR OR ITS CURRENT MANAGER.

Case 2:09-bk-25523-BR    Doc 182    Filed 08/31/10    Entered 08/31/10 13:58:53    Desc
Main Document    Page 62 of 92

8/31/10, 9:22AM

15

### 7. Gifts

None ☐

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|
| **Ezri &Ilana Namvar Charitable Trust**<br>**c/o R. Todd Neilson**<br>**2049 Century Park East**<br>**Suite 2300**<br>**Los Angeles, CA 90067** | **Ezri Namvar is Manager of Debor** | **12/16/2008** | **$2,500** |
| **Ezri &Ilana Namvar Charitable Trust**<br>**c/o R. Todd Neilson**<br>**2049 Century Park East**<br>**Suite 2300**<br>**Los Angeles, CA 90067** | **Ezri Namvar is Manager of Debtor** | **7/21/2008** | **$500** |

### 8. Losses

None ■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ■

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 10. Other transfers

None ☐

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Nader & Sons, LLC**<br>**34 Elmridge Road**<br>**Great Neck, NY 11024**<br>　**Debtor as Pledgor for Namco Capital** | **June 12, 2008** | **Property Transfered: Debtor's 50% right, title and interest in 241 5th Avenue Hotel, LLC.**<br>**Value Received: $7.5mm loan to Namco Capital Group, Inc.** |
| **Sisko Enterprises, LLC**<br>**34 Elmridge Road**<br>**Great Neck, NY 11024**<br>　**Debtor as Pledgor for Namco Capital** | **July 16, 2008** | **Amendment to Loan Agreement dated June 12, 2008 entered into with Nader & Sons, LLC, which jointly shares the following pledged interest and relevant additional loan commitment.**<br>**Property Transfered: Debtor's 50% right, title and interest in 241 5th Avenue Hotel, LLC.**<br>**Value Received: $5mm loan to Namco Capital Group, Inc.** |

16

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Yedidia Investments, Inc. Pension Plan**<br>**Nemen Real Estate Investments**<br>**1620-B South Los Angeles Street**<br>**Los Angeles, CA 90015**<br>    **Noteholder of Namco Capital Group, Inc.** | **12/16/2008** | **The Yedidia Investments, Inc. Defined Pension Plan Trust, the Nemen Family Irrevocable Trust and Sionit Nemen are collectively the Assignees in this transfer -- Property Transfered: Debtor's interest in 780 La Brea, LLC.-- Value Received: Promissory Notes issued by Namco Capital Group, Inc. in the amounts of $662,426.65 (Yedidia Investments, Inc. Defined Pension Plan), $1,018,110.36 (Nemen Family Irrevocable Trust) and $512,878.48 (Sionit Neman); Promissory Note in the amount of $1,592,136.** |
| **Neman Family Irrevocable Trust**<br>**Neman Real Estate**<br>**1620-B South Los Angeles Street**<br>**Los Angeles, CA 90015**<br>    **Noteholder of Namco Capital Group, Inc.** | **12/16/2008** | **The Yedidia Investments, Inc. Defined Pension Plan Trust, the Nemen Family Irrevocable Trust and Sionit Nemen are collectively the Assignees in this transfer -- Property Transfered: Debtor's interest in 780 La Brea, LLC.-- Value Received: Promissory Notes issued by Namco Capital Group, Inc. in the amounts of $662,426.65 (Yedidia Investments, Inc. Defined Pension Plan), $1,018,110.36 (Nemen Family Irrevocable Trust) and $512,878.48 (Sionit Neman); Promissory Note in the amount of $1,592,136.** |
| **Sionit Neman**<br>**Neman Real Estate Investments**<br>**1620-B South Los Angeles Street**<br>**Los Angeles, CA 90015**<br>    **Noteholder of Namco Capital Group, Inc.** | **12/16/2008** | **The Yedidia Investments, Inc. Defined Pension Plan Trust, the Nemen Family Irrevocable Trust and Sionit Nemen are collectively the Assignees in this transfer -- Property Transfered: Debtor's interest in 780 La Brea, LLC.-- Value Received: Promissory Notes issued by Namco Capital Group, Inc. in the amounts of $662,426.65 (Yedidia Investments, Inc. Defined Pension Plan), $1,018,110.36 (Nemen Family Irrevocable Trust) and $512,878.48 (Sionit Neman); Promissory Note in the amount of $1,592,136.** |
| **Elliott J. Sharaby**<br>**c/o Susan Montgomery, Esq.**<br>**1925 Century Park East**<br>**Suite 1150**<br>**Los Angeles, CA 90067**<br>    **Noteholder of Ezri Namvar** | **12/11/2008** | **Transferred: Debtor's interest in Courvoisier Courts Holding, LLC.**<br>**Value Received: Reduction of outstanding notes by $800,000 plus additional reductions as per benefits received due to the interest in Courvoisier Courts Holding, LLC.** |
| **Development Ventures, LLC**<br>**315 S. Beverly Drive**<br>**Suite 301**<br>**Beverly Hills, CA 90212**<br>    **Noteholder of Namco and Ezri Namvar** | **6/27/2008** | **Pledge of Debtor's 50% interest in DBN Development, LLC as security for promissory notes made by Namco Capital Group, Inc. and Ezri Namvar totaling $10,000,000.  Notes were made to the Abulafia Trust (1997 Restatement) and the Hayim and Julie Abulafia Family Partnership, succeeded in interest by Development Ventures, LLC.** |
| **Abulafia Trust (1997 Restatement)**<br>**315 S. Beverly Drive**<br>**Suite 301**<br>**Beverly Hills, CA 90212**<br>    **Noteholder of Namco and Ezri Namvar** | **6/27/2008** | **Pledge of Debtor's 50% interest in DBN Development, LLC as security for promissory notes made by Namco Capital Group, Inc. and Ezri Namvar totaling $10,000,000.  Notes were made to the Abulafia Trust (1997 Restatement) and the Hayim and Julie Abulafia Family Partnership, succeeded in interest by Development Ventures, LLC.** |

Case 2:09-bk-25523-BR   Doc 182   Filed 08/31/10   Entered 08/31/10 13:58:53   Desc
Main Document   Page 64 of 92

8/31/10, 9:22AM

ALL FINANCIAL AND OTHER SUMMARY DATA IS PRELIMINARY AND IS SUBJECT TO CHANGE. THIS DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT YET BEEN AUDITED OR VERIFIED BY THE DEBTOR OR ITS CURRENT MANAGER.

17

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Hayim & Julie Abulafia Fam. Ptrnshp**<br>**315 S. Beverly Drive**<br>**Suite 301**<br>**Beverly Hills, CA 90212**<br>   **Noteholder of Namco and Ezri Namvar** | **6/27/2008** | **Pledge of Debtor's 50% interest in DBN Development, LLC as security for promissory notes made by Namco Capital Group, Inc. and Ezri Namvar totaling $10,000,000.  Notes were made to the Abulafia Trust (1997 Restatement) and the Hayim and Julie Abulafia Family Partnership, succeeded in interest by Development Ventures, LLC.** |
| **Canyon Springs Shopping Center, LLC**<br>**9301 Wilshire Blvd.**<br>**Suite 315**<br>**Beverly Hills, CA 90212**<br>   **Noteholder of Namco Capital Group, Inc.** | **7/29/2008** | **Pledge of Debtor's interest in Parox, LLC as collateral for a promissory note in the amount of $6,198,506.65 made by Namco Capital Group, Inc. to Canyon Springs Shopping Center, LLC.** |
| **Rassol, LLC**<br>**1005 Schulyer Road**<br>**Beverly Hills, CA 90210**<br>   **Noteholder of Namco and Ezri Namvar** | **July 2008** | **Transfer of Debtor's interest in Wall Street Mart, L.P.  Details currently not known.** |

None
■   b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11.  Closed financial accounts

None
■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12.  Safe deposit boxes

None
■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13.  Setoffs

None
■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

ALL FINANCIAL Case 2:09-bk-25523-BR Doc 182 Filed 08/31/10 Entered 08/31/10 13:58:53 Desc
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND IS NOT VERIFIED AS IF BY THE DEBTOR OR ITS CURRENT MANAGER.
Main Document Page 65 of 92

8/31/10, 9:22AM

18

### 14. Property held for another person

None
☐
    List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|
| **Emporia Investments, LLC** | **Cash - $16.87** | **Union Bank - DIP Trust Account #xxxxxx5324** |
| **Civic Palm, LLC** | **Cash - $37.52** | **Union Bank - DIP Trust Account #xxxxxx5324** |
| **Panamo, LLC** | **Cash - $57.46** | **Union Bank - DIP Trust Account #xxxxxx5324** |
| **EZ/HS, LLC** | **Cash - $102.46** | **Union Bank - DIP Trust Account #xxxxxx5324** |
| **WN Birdview, LLC** | **Cash - $230.11** | **Union Bank - DIP Trust Account #xxxxxx5324** |
| **WN Cliffside, LLC** | **Cash - $419.65** | **Union Bank - DIP Trust Account #xxxxxx5324** |
| **Harbor Town, LLC** | **Cash - $690.53** | **Union Bank - DIP Trust Account #xxxxxx5324** |
| **Arlington 360 Associates, LLC** | **Cash - $2,170.71** | **Union Bank - DIP Trust Account #xxxxxx5324** |
| **Olympic 26, LLC** | **Cash - $2,182.64** | **Union Bank - DIP Trust Account #xxxxxx5324** |
| **11920 Chandler Blvd., LLC** | **Cash - $2,498.60** | **Union Bank - DIP Trust Account #xxxxxx5324** |
| **WFS 22706-PCH, LLC** | **Cash - $2,765.75** | **Union Bank - DIP Trust Account #xxxxxx5324** |
| **Victorville Teft, LLC** | **Cash - $3,673.45** | **Union Bank - DIP Trust Account #xxxxxx5324** |
| **10705 Rose, LLC** | **Cash - $4,689.07** | **Union Bank - DIP Trust Account #xxxxxx5324** |
| **Coach 20, LLC** | **Cash - $97.78** | **Union Bank - DIP Trust Account #xxxxxx5324** |
| **Kohanim 26, LLC** | **Cash - $234.56** | **Union Bank - DIP Trust Account #xxxxxx5324** |
| **Wishlab 90, LLC & Magdiel, LLC** | **Cash - $53,105.09 held in trust pending settlement with Wishlab 90, LLC and Magdiel, LLC.** | **Union Bank - DIP Account #xxxxxx5480** |

### 15. Prior address of debtor

None
☐
    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| **12121 Wilshire Blvd. Suite 1400 Los Angeles, CA 90025** | **Beshmada, LLC** | **August 2003 to May 2009** |

ALL FINANCIAL Case 2:09-bk-25523-BR Doc 182 Filed 08/31/10 Entered 08/31/10 13:58:53 Desc
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND IS NOT VERIFIED BY THE DEBTOR OR ITS CURRENT MANAGER.
Main Document Page 66 of 92

19

---

#### 16. Spouses and Former Spouses

None
■
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

---

#### 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None
■
c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

---

#### 18 . Nature, location and name of business

None
☐
a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

ALL FINANCIAL Case 2:09-bk-25523-BR Doc 182 Filed 08/31/10 Entered 08/31/10 13:58:53 Desc
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND IS NOT VERIFIED BY THE DEBTOR OR ITS CURRENT MANAGER.
Main Document Page 67 of 92

20

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| 241 5th Avenue Hotel, LLC | | c/o Hazak Associates, LLC 501 Fifth Avenue Suite 1605 New York, NY 10017 | | |
| 780 La Brea, LLC | 20-2798178 | c/o Mousa Namvar 12121 Wilshire Blvd. Suite 555 Los Angeles, CA 90025 | | |
| 780A LaBrea, LLC | 26-1950373 | c/o Faramarz Raban 12121 Wilshire Blvd. Suite 555 Los Angeles, CA 90025 | | |
| 780B La Brea, LLC | 26-1950386 | 12121 Wilshire Blvd. Los Angeles, CA 90025 | | |
| 1154 Barrington Properties, LLC | 42-1649363 | 450 N. Roxbury Drive Suite 1050 Beverly Hills, CA 90210 | | |
| 1411 Barry Avenue, LLC | 04-3840410 | 12121 Wilshire Blvd. Suite 200 Los Angeles, CA 90025 | | |
| 6551 Van Nuys Boulevard, LLC | 20-1310179 | 12121 Wilshire Blvd. Los Angeles, CA 90025 | | |
| 10705 Rose Avenue, LLC | 30-0260700 | 12121 Wilshire Blvd. Suite 200 Los Angeles, CA 90025 | | |
| 11920 Chandler Blvd., LLC | 20-0547351 | 12121 Wilshire Blvd. Suite 200 Los Angeles, CA 90025 | | |
| Ahwatukee Foothill Corporate, LLC | 57-1234781 | 1333 South Beverly Glen #706 Los Angeles, CA 90024 | | |
| Arlington 360 Associates, L.P. | 20-1231399 | c/o R. Todd Neilson 2049 Century Park East #2300 Los Angeles, CA 90067 | | |
| Banam, LLC | 20-2793566 | 12121 Wilshire Blvd. Suite 555 Los Angeles, CA 90025 | | |
| Bruton Buckner Associates, L.P. | 20-1185822 | c/o R. Todd Neilson 2049 Century Park East #2300 Los Angeles, CA 90067 | | |
| Courvoisier Court Holding, LLC | 20-2061791 | c/o The Cadem Group Inc. Attn: Elliott J. Sharaby 4481 41st Court Hollywood, FL 33021 | | |
| DBN Development, LLC | 20-3031808 | 27032 Rocking Horse Lane Laguna Hills, CA 92653 | | |

ALL FINANCIAL INFORMATION CONTAINED HEREIN IS PRELIMINARY AND HAS NOT BEEN AUDITED OR VERIFIED BY THE DEBTOR OR ITS CURRENT MANAGER. THE DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS.

21

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Douglaston Equities, LLC | 59-3832498 | c/o Beshmada, LLC 12121 Wilshire Blvd. Suite 200 Los Angeles, CA 90025 | | |
| Dunhill Golf Associates, LLC | | Attn: Paul DeRobbio Three Lincoln Center 5430 LBJ Freeway, Suite 1600 Dallas, TX 75240 | | |
| Emporia Investments, LLC | 20-2056057 | 11755 Wilshire Blvd. 15th Floor Los Angeles, CA 90025 | | |
| Ezilan 5, LLC | 20-385-9180 | c/o R. Todd Neilson 2049 Century Park East #2300 Los Angeles, CA 90067 | | |
| FG Berkshire FM Holdings, LLC | 20-1936811 | 12121 Wilshire Blvd. Suite 200 Los Angeles, CA 90025 | | |
| GH Capital | 37-1432323 | 15301 Ventura Blvd. B570 Sherman Oaks, CA 91403 | | |
| GH-VFG, LLC | 87-0720144 | c/o GH Capital, LLC 17277 Ventura Blvd. Suite 200 Encino, CA 91316 | | |
| Harbor Town, LLC | 95-4587149 | c/o R. Todd Neilson 2049 Century Park East #2300 Los Angeles, CA 90067 | | |
| Hyde Park Place, Ltd. | 13-4228581 | 15301 Ventura Blvd. Bldg. B Suite 570 Sherman Oaks, CA 91403 | | |
| IMAX TK Partners | Foreign | 2-32-8 Kita Senzoku Ota, Tokyo, 145-0062 JAPAN | | |
| Innoprize XVI, LLC | 20-2692696 | 12327 Santa Monica Blvd. #202 Los Angeles, CA 90025 | | |
| Innoprize XVII, LLC | 20-2623164 | 12327 Santa Monica Blvd. #202 Los Angeles, CA 90025 | | |
| Innoprize XX, LLC | 20-3651983 | 12327 Santa Monica Blvd. #202 Los Angeles, CA 90025 | | |
| Innoprize XXIV, LLC | 20-4497870 | 12327 Santa Monica Blvd. #202 Los Angeles, CA 90025 | | |
| Innoprize XXV, LLC | 20-8254436 | 12327 Santa Monica Blvd. #202 Los Angeles, CA 90025 | | |

ALL FINANCIAL INFORMATION CONTAINED IN THIS PRELIMINARY DOCUMENT IS UNAUDITED.
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND IS NOT VERIFIED BY THE DEBTOR OR ITS CURRENT MANAGER.

Case 2:09-bk-25523-BR    Doc 182    Filed 08/31/10    Entered 08/31/10 13:58:53    Desc
Main Document    Page 69 of 92

8/31/10  9:22AM

22

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| Kohnam 26, LLC | 20-1679003 | 1333 S. Beverly Glen #706 Los Angeles, CA 90024 | | |
| Meadow Run Investors, LLC | 20-0984080 | 15301 Ventura Blvd. Bldg. B Suite 570 Sherman Oaks, CA 91403 | | |
| Namaui, LLC | 20-1150076 | AKA Charter Holdings, Inc. 12121 Wilshire Blvd. Suite 200 Los Angeles, CA 90025 | | |
| Namcal, LLC | 20-2251906 | 12121 Wilshire Blvd. Suite 200 Los Angeles, CA 90025 | | |
| Namwest, LLC | 20-1084866 | 16416 N. 92nd Street Suite 150 Scottsdale, AZ 85260-3050 | | |
| Older & Wiser, LLC | 20-2965688 | 12121 Wilshire Blvd. Suite 555 Los Angeles, CA 90025 | | |
| OSF/BES Fontana Investor Partners | 20-5705688 | 1801 East 9th Street Mail Code: OH99-0703 Cleveland, OH 44114-3103 | | |
| Park Fifth Associates, LLC | 20-3108526 | 12121 Wilshire Blvd. Suite 200 Los Angeles, CA 90025 | | |
| Park View Plaza Real Estate Holding | 87-0734890 | 2283 Stratford Circle Los Angeles, CA 90077 | | |
| Parox, LLC | 95-4694377 | c/o R. Todd Neilson 2049 Century Park East #2300 Los Angeles, CA 90067 | | |
| Pecos Capital, LLC | 20-3344066 | 1736 E. Charleston Blvd. Suite 350 Las Vegas, NV 89104 | | |
| Privee, LLC | 04-3789663 | C/O Walter R. Cook 540 Brickell Key Drive #808 Miami, FL 33131 | | |
| SFH II, LLC | 43-2024301 | 575 W. Chandler Blvd. Ste 125 Chandler, AZ 85225 | | |
| Shira Education Center, LLC | 20-1902142 | 12121 Wilshire Blvd. Suite 200 Los Angeles, CA 90025 | | |
| Sora, Inc. | 95-4312900 | 12121 Wilshire Blvd. Los Angeles, CA 90025 | | |
| Stone Mountain Acquisition, LLC | 05-0584291 | c/o Lakestar 4583 Hwy 9N Howell, NJ 07731 | | |

ALL FINANCIAL DATA SHOWN IN ANY SUPPLEMENTARY SCHEDULE OR IN ANY EXHIBIT HERETO IS UNAUDITED. THIS
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT BEEN VERIFIED BY THE DEBTOR OR ITS CURRENT MANAGER.

8/31/10  9:22AM

23

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| The Good Life Film Project, LLC | 20-4004851 | 4000 Warner Blvd. Bldg 34 Room 203 Burbank, CA 91522 | | |
| Tranmar Properties, LLC | 20-1436386 | 12121 Wilshire Blvd. Suite 200 Los Angeles, CA 90025 | | |
| Victorville Tefft, LLC | 20-3909462 | c/o R. Todd Neilson 2049 Century Park East #2300 Los Angeles, CA 90067 | | |
| Virgil Avenue Properties, LLC | 68-0614874 | 450 N. Roxbury Drive Suite 1050 Beverly Hills, CA 90210 | | |
| Wall Street Mart L.P. | 95-4430449 | 12121 Wilshire Blvd. Suite 200 Los Angeles, CA 90025 | | |
| WFS 22706 PCH, LLC FKA Whitsett LLC | 95-4874624 | c/o R. Todd Neilson 2049 Century Park East #2300 Los Angeles, CA 90067 | | |
| Wilfar, LLC | 14-1892566 | 12121 Wilshire Blvd. Los Angeles, CA 90025 | | |
| Wishlab 90, LLC | 20-2747595 | 12121 Wilshire Blvd. Suite 555 Los Angeles, CA 90025 | | |
| WN Birdview, LLC | 20-0038498 | c/o Louis A. Cicalese 12121 Wilshire Blvd. Suite 200 Los Angeles, CA 90025 | | |
| WN Cliffside, LLC | 20-0038534 | 12121 Wilshire Blvd. Suite 200 Los Angeles, CA 90025 | | |
| WN Indio, LLC | 20-2644001 | C/O Weintraub Financial Services, Inc. PO Box 6528 Malibu, CA 90264 | | |
| WN Malibu Lot, LLC | 20-2712998 | PO Box 6528 Malibu, CA 90264 | | |
| WN Sunset, LLC | 20-2712924 | PO Box 6528 Malibu, CA 90264 | | |
| WN2, LLC | 20-4674736 | PO Box 6528 Malibu, CA 90265 | | |
| Zarnam, LLC | 20-3782450 | 2258 Gloaming Way Beverly Hills, CA 90210 | | |

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

NAME                                                    ADDRESS

24

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Greg Johnson**<br>**12121 Wilshire Blvd.**<br>**Suite 601**<br>**Los Angeles, CA 90025** | **Until December 2008** |
| **Rollie Pronuevo**<br>**2148 Echo Park Ave.**<br>**Los Angeles, CA 90026** | **January 2009 to Petition Date** |
| **Hamid Tabatabai**<br>**5306 Edgeware Drive**<br>**Agoura Hills, CA 91301** | **January 2009 to Petition Date** |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Greg Johnson** | **12121 Wilshire Blvd.**<br>**Suite 601**<br>**Los Angeles, CA 90025** | **Until December 2008** |
| **Hamid Tabatabai** | **5306 Edgeware Drive**<br>**Agoura Hills, CA 91301** | **January 2009 to Petition Date** |

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Hamid Tabatabai** | **5306 Edgeware Drive**<br>**Agoura Hills, CA 91301** |

None
☐

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Unknown** | |

---

### 20. Inventories

None
■

a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|

25

None
■ b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST

None
☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Benjamin Namvar (cust.-Ezri Namvar) c/o Ezri Namvar 12855 Parkyns Street Los Angeles, CA 90049** | **Member** | **25% Interest** |
| **Daniel Navmar (cust. - Ezri Namvar) c/o Ezri Namvar 12855 Parkyns Street Los Angeles, CA 90049** | **Member** | **25% Interest** |
| **Malka Namvar (cust. - Ezri Namvar) c/o Ezri Namvar 12855 Parkyns Street Los Angeles, CA 90049** | **Member** | **25% Interest** |
| **Shirah Namvar (cust. - Ezri Namvar) c/o Ezri Namvar 12855 Parkyns Street Los Angeles, CA 90049** | **Member** | **25% Interest** |
| **Louis A. Cicalese 12121 Wilshire Blvd. Suite 200 Los Angeles, CA 90025** | **Current Manager** | |

---

**22 . Former partners, officers, directors and shareholders**

None
■ a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME | ADDRESS | DATE OF WITHDRAWAL

None
☐ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|
| **Ezri Namvar c/o R. Todd Neilson LECG, LLC 2049 Century Park East, Suite 2300 Los Angeles, CA 90067** | **Former Manger** | |

ALL FINANCIAL DATA IS PROVIDED AS OF THE INVOLUNTARY PETITION DATE (JUNE 19, 2009).
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND IS NOT VERIFIED AT THIS TIME BY THE DEBTOR OR ITS CURRENT MANAGER.

8/31/10 9:22AM

26

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None ■    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date **August 31, 2010**                Signature _____
                                                Louis A. Cicalese
                                                **Its Current Manager**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

ALL FINANCIAL DATA IS PROVIDED AS OF THE INVOLUNTARY PETITION DATE (JUNE 19, 2009).
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND IS NOT VERIFIED AT THIS TIME BY THE DEBTOR OR ITS CURRENT MANAGER.

8/31/10 9:22AM

Verification of Creditor Mailing List - (Rev. 10/05)                      2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name    **David W. Meadows**

Address    **1801 Century Park East Suite 1250 Los Angeles, CA 90067**

Telephone    **(310) 557-8490 Fax: (310) 557-8493**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | | |
|---|---|---|
| List all names including trade names used by Debtor(s) within last 8 years: **Beshmada, LLC** **FDBA Damash, LLC** | Case No.: | **2:09-bk-25523-BR** |
| | Chapter: | **11** |
| | | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of __16__ sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:    **August 31, 2010**

**Louis A. Cicalese/Its Current Manager**
Signer/Title

Date:    **August 31, 2010**

Signature of Attorney
**David W. Meadows**
**Law Offices of David W. Meadows**
**1801 Century Park East**
**Suite 1250**
**Los Angeles, CA 90067**
**(310) 557-8490   Fax: (310) 557-8493**

ALL FINANCIAL DATA SUMMARY INFORMATION IS PRELIMINARY AND HAS NOT BEEN VERIFIED. THIS ONE LISTING
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT BEEN VERIFIED AT THIS TIME BY THE DEBTOR OR ITS CURRENT MANAGER.

Beshmada, LLC
12121 Wilshire Blvd.
#200
Los Angeles, CA 90025


David W. Meadows
Law Offices of David W. Meadows
1801 Century Park East
Suite 1250
Los Angeles, CA 90067


10705 Rose Avenue, LLC
12121 Wilshire Blvd.
Suite 200
Los Angeles, CA 90025


11920 Chandler Blvd., LLC
12121 Wilshire Blvd.
Suite 200
Los Angeles, CA 90025


131-133, LLC
Attn: Daniel Shavolian
501 5th Avenue
Suite 1605
New York, NY 10017


1411 Barry Avenue, LLC
12121 Wilshire Blvd.
Suite 200
Los Angeles, CA 90025


241 5th Avenue Hotel, LLC
c/o Hazak Associates, LLC
501 Fifth Avenue
Suite 1605
New York, NY 10017


780 La Brea, LLC
c/o Mousa Namvar
12121 Wilshire Blvd.
Suite 555
Los Angeles, CA 90025

ALL FINANCIAL INFORMATION CONTAINED IN THE PRELIMINARY FILINGS IS DONE SO AS A MATTER OF COURSE AND
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT VERIFIED OR AUDITED BY THE DEBTOR OR ITS CURRENT MANAGER.

780A Labrea, LLC
c/o Faramarz Raban
12121 Wilshire Blvd.
Suite 555
Los Angeles, CA 90025


780B La Brea, LLC
12121 Wilshire Blvd.
Los Angeles, CA 90025


87th Peoria, LLC
5040 E. Shea Blvd.
#262
Scottsdale, AZ 85254


Afrinam, LLC
12121 Wilshire Blvd.
Suite 200
Los Angeles, CA 90025


Ahwatukee Foothill Corporate, LLC
1333 South Beverly Glen
#706
Los Angeles, CA 90024


AILA Corp.
c/o Africa Israel Investments Ltd.
40 Wall Street
56th Floor
New York, NY 10005


Amanda E. Stewart
c/o Sprowls & Company, PC
575 West Chandler Boulevard
Suite 125
Chandler, AZ 85225


Americana Glendale, Inc.
26880 Pacific Coast Highway
Woodland Hills, CA 91365

ALL FINANCIAL DATA IS PRELIMINARY AND SUBJECT TO CHANGE. NONE OF THIS
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND IS NOT VERIFIED. THIS IS THE BEST OF ITS INFORMATION BY THE DEBTOR OR ITS CURRENT MANAGER.

Arlington 360 Associates, L.P.
12121 Wilshire Blvd.
Suite 200
Los Angeles, CA 90025


Arlington 360 Management, LLC
c/o R. Todd Neilson
2049 Century Park East
#2300
Los Angeles, CA 90067


Banam, LLC
12121 Wilshire Blvd.
Suite 555
Los Angeles, CA 90025


BankFirst
225 S. Sixth Street
#2900
Minneapolis, MN 55402


Benjamin Namvar (cust.-Ezri Namvar)
c/o Ezri Namvar
12855 Parkyns Street
Los Angeles, CA 90049


Beshmada of Delaware, LLC
12121 Wilshire Blvd.
Suite 200
Los Angeles, CA 90025


Bruton Buckner Associates, L.P.
12121 Wilshire Blvd.
Suite 200
Los Angeles, CA 90025


Bruton Buckner Management, LLC
c/o R. Todd Neilson
2049 Century Park East
#2300
Los Angeles, CA 90067

ALL FINANCIAL INFORMATION CONTAINED IN THIS PRELIMINARY FINANCIAL STATEMENT HAS NONE BEEN AUDITED. THE
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT VERIFIED AS TO THIS IS OF TIME BY THE DEBTOR OR ITS CURRENT MANAGER.

Bundy Dimes, LLC
12121 Wilshire Blvd.
Suite 200
Los Angeles, CA 90025


Bunwil, LLC
12121 Wilshire Blvd.
Suite 200
Los Angeles, CA 90025


California Secretary of State
Business Programs Division
P.O. Box 944230
Sacramento, CA 94244-2300


Chapar, LLC
c/o Rutter Hobbs & Davidoff Inc.
ATTN: Brian L. Davidoff
1901 Avenue of the Stars, #1700
Los Angeles, CA 90067


Christopher W. Tefft
72-877 Dinah Shore Drive
Suite 103
Rancho Mirage, CA 92270


City of Los Angeles
Office of Finance
P.O. Box 53200
Los Angeles, CA 90053-0200


Civic Palm, LLC
c/o R. Todd Neilson
2049 Century Park East
#2300
Los Angeles, CA 90067


Courvoisier Court Holding, LLC
c/o The Cadem Group Inc.
Attn: Elliott J. Sharaby
4481 41st Court
Hollywood, FL 33021

ALL FINANCIAL INFORMATION IS PRELIMINARY AND SUBJECT TO CHANGE. THIS ONE TIME
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT VERIFIED AND IS NOT BY THE DEBTOR OR ITS CURRENT MANAGER.

```
Daniel Navmar (cust. - Ezri Namvar)
c/o Ezri Namvar
12855 Parkyns Street
Los Angeles, CA 90049


DBN Development, LLC
27032 Rocking Horse Lane
Laguna Hills, CA 92653


Deborah L. Feldman, Esq.
15303 Ventura Blvd.
#1400
Sherman Oaks, CA 91403


DGADE of Delaware, LLC
12121 Wilshire Blvd.
Suite 555
Los Angeles, CA 90025


Dimes, LLC
12121 Wilshire Blvd.
Suite 200
Los Angeles, CA 90025


Douglaston Equities, LLC
c/o Beshmada, LLC
12121 Wilshire Blvd.
Suite 200
Los Angeles, CA 90025


Dunhill Golf Associates, LLC
Attn: Paul DeRobbio
Three Lincoln Center
5430 LBJ Freeway, Suite 1600
Dallas, TX 75240


Emporia Investments, LLC
11755 Wilshire Blvd.
15th Floor
Los Angeles, CA 90025
```

ALL FINANCIAL OR OTHER SUPPLEMENTARY INFORMATION IN THIS MATTER THE PERSON DONE IS ACCURATE
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT BEEN VERIFIED ABOUT THE LIST BY THE DEBTOR OR ITS CURRENT MANAGER.

Ezilan 5, LLC
12121 Wilshire Blvd.
Suite 200
Los Angeles, CA 90025


Ezri Namvar
c/o R. Todd Neilson
LECG, LLC
2049 Century Park East, Suite 2300
Los Angeles, CA 90067


FG Berk Investors, LLC
10880 Wilshire Blvd.
Suite 1460
Los Angeles, CA 90024


FG Berkshire FM Holdings, LLC
12121 Wilshire Blvd.
Suite 200
Los Angeles, CA 90025


Flamingo Chateau 2, LLC
3695 West Flamingo Road
Las Vegas, NV 89103


Fontana Sierra Summit Investments
32823 Highway 79 South
Temecula, CA 92592


Gably Trust
1850 S. Sepulveda Blvd.
Suite 200
Los Angeles, CA 90025


GH Capital, LLC
15301 Ventura Blvd.
Suite 570
Sherman Oaks, CA 91403

ALL FINANCIAL DATA IN THE SUMMARY HEREIN HAS AT NO TIME BEEN REVIEWED OR VERIFIED BY ANYONE
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT VERIFIED OR AUTHENTICATED BY THE DEBTOR OR ITS CURRENT MANAGER.

GH-VFG, LLC
c/o GH Capital, LLC
17277 Ventura Blvd.
Suite 200
Encino, CA 91316


Grammont Commercial, LLC
c/o Kerendian & Associates
11755 Wilshire Blvd.
15th Floor
Los Angeles, CA 90025


Gregory Perlman
15301 Ventura Boulevard
Building B, Suite 570
Sherman Oaks, CA 91403


Harbor Town, LLC
c/o R. Todd Neilson
2049 Century Park East
#2300
Los Angeles, CA 90067


Henry Shahery
4940-B Triggs Street
Los Angeles, CA 90022


Hyde Park Place, Ltd.
15301 Ventura Blvd.
Bldg. B
Suite 570
Sherman Oaks, CA 91403


Innoprize XVI, LLC
c/o Beshmada, LLC
12121 Wilshire Blvd.
Suite 200
Los Angeles, CA 90025


Innoprize XVII, LLC
c/o Beshmada, LLC
12121 Wilshire Blvd.
Suite 200
Los Angeles, CA 90025

ALL FINANCIAL AND OTHER DATA IN THIS DOCUMENT IS PRELIMINARY AND DONE ON A STAND-ALONE ENTITY
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT BEEN INDEPENDENTLY VERIFIED BY THE DEBTOR OR ITS CURRENT MANAGER.

Innoprize XX, LLC
12327 Santa Monica Blvd.
#202
Los Angeles, CA 90025


Innoprize XXIV, LLC
12121 Wilshire Blvd.
Suite 200
Los Angeles, CA 90025


Innoprize XXV, LLC
c/o Beshmada, LLC
12121 Wilshire Blvd.
Suite 200
Los Angeles, CA 90025


Innovative Real Estate
12327 Santa Monica Blvd.
#202
Los Angeles, CA 90025


Jason L. Sprowls
c/o Sprowls & Company, PC
575 West Chandler Boulevard
Suite 125
Chandler, AZ 85225


Jeff & Lynette Belle
c/o Rebecca J. Winthrop, Esq.
Ballard Spahr LLP
2029 Century Park East, #800
Los Angeles, CA 90067


Jennings Strouss and Salmon PLC
One E. Washington St.
Suite 1900
Phoenix, AZ 85004-2554


John Harounian
12011 San Vicente Blvd.
Suite B-1
Los Angeles, CA 90049

ALL FINANCIAL DATA CONTAINED IN THIS PRELIMINARY DOCUMENT HAS NOT BEEN VERIFIED BY ANYONE.
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT BEEN VERIFIED AS ACCURATE BY THE DEBTOR OR ITS CURRENT MANAGER.

Ken Leon
15335 Morrison Street
#320
Sherman Oaks, CA 91403


Kevin Golshan
857 Wall Street
2nd Floor
Los Angeles, CA 90014


Kohnam 26, LLC
1333 S. Beverly Glen
#706
Los Angeles, CA 90024


Magdiel, LLC
12121 Wilshire Blvd.
Suite 555
Los Angeles, CA 90025


Malka Namvar (cust. - Ezri Namvar)
c/o Ezri Namvar
12855 Parkyns Street
Los Angeles, CA 90049


Marquette Mall Holdings HS, LLC
4940-B Triggs Street
Los Angeles, CA 90022


Meadow Run Investors, LLC
15301 Ventura Blvd.
Bldg. B
Suite 570
Sherman Oaks, CA 91403


MidFirst Bank
P.O. Box 268879
Oklahoma City, OK 73126-8879

ALL FINANCIAL DATA CONTAINED HEREIN IS PRELIMINARY AND HAS NOT BEEN RECONCILED. NO ONE SHOULD
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT VERIFIED THE ACCURACY OF THE BY THE DEBTOR OR ITS CURRENT MANAGER.

```
MidFirst Bank
Attn: Jay R. Ganske
3030 East Camelback Road
Phoenix, AZ 85016


Mission Real Associates, LLC
c/o R. Todd Neilson
2049 Century Park East
#2300
Los Angeles, CA 90067


Mousa Namvar
12121 Wilshire Blvd.
Suite 555
Los Angeles, CA 90025


Mutual Capital Advisors, LLC
10701 Wilshire Blvd.
#405
Los Angeles, CA 90024


Namcal, LLC
c/o R. Todd Neilson
2049 Century Park East
#2300
Los Angeles, CA 90067


Namco 8, LLC
12121 Wilshire Blvd.
Los Angeles, CA 90025


Namco Capital Group, Inc.
12121 Wilshire Blvd.
Suite 200
Los Angeles, CA 90025


Namvar Family Trust
c/o R. Todd Neilson
LECG, LLC
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
```

ALL FINANCIAL INFORMATION IS PRELIMINARY, UNAUDITED AND IN SOME CASES ESTIMATED. NONE OF THIS
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT VERIFIED. THIS IS A LIST OF THE BY THE DEBTOR OR ITS CURRENT MANAGER.

Namwest, LLC
16416 N. 92nd Street
Suite 150
Scottsdale, AZ 85260-3050

Older & Wiser, LLC
12121 Wilshire Blvd.
Suite 555
Los Angeles, CA 90025

OPICS Properties, LLC
2120 Kerwood Drive
Los Angeles, CA 90025

OSF/BES Fontana Investor Partners
1801 East 9th Street
Mail Code: OH99-0703
Cleveland, OH 44114-3103

Panamo, LLC
c/o R. Todd Neilson
2049 Century Park East
#2300
Los Angeles, CA 90067

Park View Plaza Real Estate Holding
2283 Stratford Circle
Los Angeles, CA 90077

Parox, LLC
12121 Wilshire Blvd.
Suite 200
Los Angeles, CA 90025

Pecos Capital, LLC
1736 E. Charleston Blvd.
Suite 350
Las Vegas, NV 89104

ALL FINANCIAL INFORMATION REPORTED HEREIN IS PRELIMINARY AND HAS NOT BEEN AUDITED. NONE OF THE
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT VERIFIED OR AUDITED BY THE DEBTOR OR ITS CURRENT MANAGER.

Pico 26, LLC
c/o Namco Capital Group
12121 Wilshire Blvd.
Suite 200
Los Angeles, CA 90025


Polsinelli Shughart
3636 N Central Ave.
#1200
Phoenix, AZ 85012


R. Todd Neilson
LECG, LLC
2049 Century Park East
#2300
Los Angeles, CA 90067


Ramin Namvar
Pacesetter Fabrics, LLC
5500 Union Pacific
Los Angeles, CA 90022


Richard Kohan
112 S. Quarty Circle
Chandler, AZ 85225


Richard Stromberg
12327 Santa Monica Blvd.
#202
Los Angeles, CA 90025


Safco Holding Corp.
c/o Randy P. Orlik
Cox, Castle & Nicholson LLP
2049 Century Park East, Suite 2800
Los Angeles, CA 90067


Safeco Advisory Corp.
1850 S. Sepulveda Blvd.
Suite 200
Los Angeles, CA 90025

ALL FINANCIAL INFORMATION IS PRELIMINARY AND HAS NOT UNDERGONE AN AUDIT OF ANY KIND. THE
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT VERIFIED OR HISTORY BY THE DEBTOR OR ITS CURRENT MANAGER.

San Diego National Bank
San Diego Main Office
P.O. Box 12605
San Diego, CA 92112-3605


SC Springfield, LLC
c/o Rebecca J. Winthrop, Esq.
Ballard Spahr, LLP
2029 Century Park East, #800
Los Angeles, CA 90067


SFH II, LLC
575 W. Chandler Blvd.
Ste 125
Chandler, AZ 85225


Shemen Capital, Inc.
10850 Wilshire Blvd.
Suite 310
Los Angeles, CA 90024


Shira Education Center, LLC
12121 Wilshire Blvd.
Suite 200
Los Angeles, CA 90025


Shirah Namvar (cust. - Ezri Namvar)
c/o Ezri Namvar
12855 Parkyns Street
Los Angeles, CA 90049


Sora Inc.
12121 Wilshire Blvd.
Suite 200
Los Angeles, CA 90025


Spilkin, Feeney & Shapiro, P.C.
P.O. Box 5039
Southfield, MI 48086

ALL FINANCIAL AND OTHER INFORMATION CONTAINED IN THE PRELIMINARY SET OF SCHEDULES AND/OR NOTICE ONE OR MORE
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT VERIFIED AND/OR ACCURATE BY THE DEBTOR OR ITS CURRENT MANAGER.

Starpoint Properties, LLC
Bob Baradaran, Esq.
c/o Greenberg Glusker Fields Claman
1900 Avenue of the Stars, Ste 2100
Los Angeles, CA 90067


State of California
Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0611


Stone Mountain Acquisition, LLC
c/o Lakestar
4583 Hwy 9N
Howell, NJ 07731


TN Management, Inc.
12121 Wilshire Blvd.
Suite 601
Los Angeles, CA 90025


Tony Namvar
12121 Wilshire Blvd.
Suite 601
Los Angeles, CA 90025


Tranmar Properties, LLC
12121 Wilshire Blvd.
Suite 200
Los Angeles, CA 90025


Trifish, LLC
12121 Wilshire Blvd.
Suite 601
Los Angeles, CA 90025


Victorville Tefft, LLC
12121 Wilshire Blvd.
Suite 200
Los Angeles, CA 90025

ALL FINANCIAL INFORMATION IS PRELIMINARY AND UNAUDITED. NONE OF THE
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT VERIFIED OR APPROVED BY THE DEBTOR OR ITS CURRENT MANAGER.

Virgil Avenue Partners, LLC
450 N. Roxbury Drive
Suite 1050
Beverly Hills, CA 90210


Virgil Avenue Properties, LLC
450 N. Roxbury Drive
Suite 1050
Beverly Hills, CA 90210


Wall Street Mart
c/o Namco Capital Group, Inc.
12121 Wilshire Blvd.
Suite 200
Los Angeles, CA 90025


Weintraub Financial Services, Inc.
P.O. Box 6528
Malibu, CA 90264


Weintraub Financial Services, Inc.
3610 Avenida Callada
Calabasas, CA 91302-3030


WFS 22706 PCH, LLC FKA Whitsett LLC
12121 Wilshire Blvd.
Suite 200
Los Angeles, CA 90025


Wilfar, LLC
12121 Wilshire Blvd.
#555
Los Angeles, CA 90025


Wilshire 19, LLC
c/o R. Todd Neilson
2049 Century Park East
#2300
Los Angeles, CA 90067

ALL FINANCIAL INFORMATION IN THIS SUPPLEMENTARY DOCUMENT IS PRELIMINARY AND NONE OF THE
DATA IS BASED ON THE DEBTOR'S BOOKS AND RECORDS AND HAS NOT VERIFIED AND IS NOT BY THE DEBTOR OR ITS CURRENT MANAGER.

Wilshire Bundy Holdings, LLC
c/o R. Todd Neilson
2049 Century Park East
#2300
Los Angeles, CA 90067


Wishlab 90, LLC
12121 Wilshire Blvd.
Suite 555
Los Angeles, CA 90025


WN Cliffside, LLC
12121 Wilshire Blvd.
Suite 200
Los Angeles, CA 90025


WN Indio, LLC
c/o Weintraub Financial Services
P.O. Box 6528
Malibu, CA 90264


WN Malibu Lot, LLC
PO Box 6528
Malibu, CA 90264


WN Sunset, LLC
PO Box 6528
Malibu, CA 90264


WN2, LLC
PO Box 6528
Malibu, CA 90265


Zarnam, LLC
2258 Gloaming Way
Beverly Hills, CA 90210

| In re: Beshmada, LLC | CHAPTER  11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-25523-BR |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 1801 Century Park East, Suite 1250, Los Angeles, CA  90067.

A true and correct copy of the foregoing document described:

> **1) List of Creditors Holding 20 Largest Unsecured Claims; 2) List of Equity Security Holders; 3) Statement of Related Cases; 4) General Note To Schedules of Assets and Liabilities, Statement of Financial Affairs, and Master Mailing List; 5) Summary of Schedules and Schedules of Assets and Liabilities; 6) Statement of Financial Affairs; 7) Master Mailing List**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  8/31/10, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 8/31/2010. I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Hon. Barry Russell

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 8/31/2010 | David W. Meadows | /s/ David W. Meadows |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1**

| In re: Beshmada, LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 2:09-25523-BR |

## I. (Continued)

- Gillian N Brown    gbrown@pszjlaw.com, gbrown@pszjlaw.com
- Russell Clementson    russell.clementson@usdoj.gov
- Melissa Davis    mdavis@shbllp.com
- Alan W Forsley    awf@fredmanlieberman.com, awf@fkllawfirm.com
- David Gould    dgould@davidgouldlaw.com
- Steven T Gubner    sgubner@ebg-law.com, ecf@ebg-law.com
- Stuart I Koenig    Skoenig@cmkllp.com
- John P Kreis    jkreis@attglobal.net
- Jeffrey A Krieger    jkrieger@ggfirm.com
- Joseph W Kruchek    joe.kruchek@kutakrock.com
- David W. Meadows    david@davidwmeadowslaw.com
- Ethan B Minkin    ethan.minkin@kutakrock.com
- David Norouzi    david@norouzi.us
- Walter K Oetzell    woetzell@dgdk.com
- David M Poitras    dpoitras@jmbm.com
- Samuel Price    sprice@pooleshaffery.com
- Uzzi O Raanan    uor@dgdk.com
- Christopher S Reeder    ecfnotices@reederlu.com
- Joel G Samuels    jsamuels@sidley.com
- David B Shemano    dshemano@pwkllp.com
- Robyn B Sokol    ecf@ebg-law.com, rsokol@ebg-law.com
- Sam Tabibian    sam.tabibian@gmail.com
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov
- Howard J Weg    hweg@pwkllp.com
- Michael H Weiss    mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com
- Beth Ann R Young    bry@lnbrb.com

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                 **F 9013-3.1**