DAVID W. MEADOWS, State Bar No. 137052
LAW OFFICES OF DAVID W. MEADOWS
1801 Century Park East, Suite 1250
Los Angeles, California 90067
Tel: (310) 557-8490; Fax: (310) 557-8493
Email: david@davidwmeadowslaw.com

Bankruptcy Counsel for the
Debtor and Debtor in Possession

**FILED & ENTERED**

**OCT 08 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

(LOS ANGELES DIVISION)

| | |
|---|---|
| In re<br><br>BESHMADA, LLC,<br><br>　　　Debtor and Debtor in Possession | Bk. No. 2:09-bk-25523-BR<br><br>Chapter 11<br><br>ORDER ON MOTION FOR ORDER (1) ESTABLISHING CLAIMS BAR DATE FOR PRE-PETITION CLAIMS AND CERTAIN POST-PETITION ADMINISTRATIVE EXPENSE CLAIMS; (2) AUTHORIZING NOTICING OF CLAIMS BAR DATE BY PUBLICATION; AND (3) AUTHORIZING PAYMENT OF EXPENDITURES OF PUBLICATION;<br><br>Bar Date: **November 15, 2010**<br><br>No Hearing Requested Under Local Bankruptcy Rule 9013-1(g)(1)(E)] |

　　　The above-referenced debtor and debtor in possession (the "Debtor"), having filed and served its "*Notice Of Motion And Motion For Order (1) Establishing Claims Bar Date For Pre-Petition Claims And Certain Post-Petition Administrative Expense Claims; (2) Authorizing Noticing Of Claims Bar Date By Publication; And (3) Authorizing Payment Of Expenditures Of Publication; Memorandum Of Points And Authorities, Declaration Of Louis A. Cicalese*" (the Motion"), the Court having reviewed

1

the Motion and the "Declaration of David W. Meadows re: Non-Opposition to the Motion, good cause appearing,

        IT IS HEREBY ORDERED that:

        1)        The Motion is Granted.

        2)        The Bar Date as defined in the Motion is **November 15, 2010.**

###

DATED: October 8, 2010

_____
United States Bankruptcy Judge

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 1801 Century Park East, Suite 1250, Los Angeles, CA 90067.

A true and correct copy of the foregoing document described,

> ORDER ON MOTION FOR ORDER (1) ESTABLISHING CLAIMS BAR DATE FOR PRE-PETITION CLAIMS AND CERTAIN POST-PETITION ADMINISTRATIVE EXPENSE CLAIMS; (2) AUTHORIZING NOTICING OF CLAIMS BAR DATE BY PUBLICATION; AND (3) AUTHORIZING PAYMENT OF EXPENDITURES OF PUBLICATION;
>
> Bar Date: **November 15, 2010**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On _ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 7/20/10 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

Office of the United States Trustee:  Russell.Clementson@usdoj.gov

Hon. Barry Russell

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/27/2010 | David W. Meadows | /s/ David W. Meadows |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

3

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the court that a judgment or order entitled,

> ORDER ON MOTION FOR ORDER (1) ESTABLISHING CLAIMS BAR DATE FOR PRE-PETITION CLAIMS AND CERTAIN POST-PETITION ADMINISTRATIVE EXPENSE CLAIMS; (2) AUTHORIZING NOTICING OF CLAIMS BAR DATE BY PUBLICATION; AND (3) AUTHORIZING PAYMENT OF EXPENDITURES OF PUBLICATION;
>
> Bar Date: **November 15, 2010**

was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**  Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **9/27/2010**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

⊠    Service information continued on attached page.

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

None.

☐    Service information continued on attached page.

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

None.

☐    Service information continued on attached page

**I.  Continued:**

- Gillian N Brown     gbrown@pszjlaw.com, gbrown@pszjlaw.com
- Russell Clementson     russell.clementson@usdoj.gov
- Melissa Davis     mdavis@shbllp.com
- Alan W Forsley     awf@fredmanlieberman.com, awf@fkllawfirm.com
- David Gould     dgould@davidgouldlaw.com
- Steven T Gubner     sgubner@ebg-law.com, ecf@ebg-law.com
- Stuart I Koenig     Skoenig@cmkllp.com
- John P Kreis     jkreis@attglobal.net
- Jeffrey A Krieger     jkrieger@ggfirm.com
- Joseph W Kruchek     joe.kruchek@kutakrock.com
- David W. Meadows     david@davidwmeadowslaw.com
- Ethan B Minkin     ethan.minkin@kutakrock.com
- David Norouzi     david@norouzi.us
- Walter K Oetzell     woetzell@dgdk.com
- David M Poitras     dpoitras@jmbm.com
- Samuel Price     sprice@pooleshaffery.com
- Uzzi O Raanan     uor@dgdk.com
- Christopher S Reeder     ecfnotices@reederlu.com
- Joel G Samuels     jsamuels@sidley.com
- David B Shemano     dshemano@pwkllp.com
- Robyn B Sokol     ecf@ebg-law.com, rsokol@ebg-law.com
- Sam Tabibian     sam.tabibian@gmail.com
- United States Trustee (LA)     ustpregion16.la.ecf@usdoj.gov
- Howard J Weg     hweg@pwkllp.com
- Michael H Weiss     mw@weissandspees.com, lm@weissandspees.com;jb@weissandspees.com
- Beth Ann R Young     bry@lnbrb.com

5