JEFFER MANGELS BUTLER & MITCHELL LLP
THOMAS M. GEHER (Bar No. 130588)
1900 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-4308
Telephone:  (310) 203-8080
Facsimile:  (310) 203-0567
Email:      tgeher@jmbm.com

LAW OFFICES OF DAVID W. MEADOWS
DAVID W. MEADOWS (Bar No. 137052)
1801 Century Park East, Suite 1235
Los Angeles, California 90067
Telephone:      (310) 557-8490
Facsimile:      (310) 557-8493
Email:          david@davidwmeadowslaw.com

Attorneys for Former Debtor and Debtor in Possession,
Beshmada, LLC, and its successor The Beshmada Liquidating
Trust

FILED & ENTERED

JUN 09 2015

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier      DEPUTY CLERK

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>BESHMADA, LLC,<br><br>        Debtor. | CASE NO.      2:09-bk-25523 BR<br><br>Chapter 11<br><br>**ORDER DISALLOWING PROOF OF CLAIM FILED BY 241 FIFTH AVE. HOTEL, LLC AND HAZAK ASSOCIATES LLC (CLAIM NO. 18-1)** |
| 241 FIFTH AVE. HOTEL, LLC, a Delaware limited liability company, and HAZAK ASSOCIATES, LLC,  a New York limited liability company,<br><br>        Claimants,<br><br>v.<br><br>BRADLEY D. SHARP, TRUSTEE OF THE BESHMADA LIQUIDATING TRUST, as successor to Beshmada, LLC,<br><br>        Objecting Party. | Date:  May 6, 2015<br>Time: 10:00 a.m.<br>Ctrm: 1668 |

Jeffer Mangels
Butler & Mitchell LLP

JMBM

1

2      On May 6, 7, and 8, 2015, this Court, with the Honorable Barry Russell, judge

3  presiding, conducted a trial and heard and considered evidence with respect to the Objections of

4  Bradley D. Sharp, Trustee of The Beshmada Liquidating Trust, successor to Beshmada, LLC

5  ("Beshmada") to that Proof Claim, as amended, filed by 241 Fifth Ave. Hotel, LLC and Hazak

6  Associates LLC (collectively, "Claimants") and designated as Claim No. 18-1 (the "Claim").

7  Thomas M. Geher of Jeffer Mangels Butler & Mitchell LLP and David W. Meadows of the Law

8  Offices of David W. Meadows appeared for Beshmada; Claude Castro of the Claude Castro &

9  Associates PLLC and John P. Kreis of John P. Kreis PC appeared for Claimants and no other

10  appearances were made.

11      The Court having heard and considered the evidence with respect to Beshmada's

12  Objections to the Claim; the Court having heard and considered the arguments of counsel; the Court

13  having made and entered its *Findings of Fact and Conclusions of Law Re Objection to Proof of*

14  *Claim Filed by 241 Fifth Ave. Hotel, LLC and Hazak Associates LLC (Claim No. 18-1)* with respect

15  to Beshmada's Objections to the Claim, and good cause appearing therefor, it is hereby

16      **ORDERED** that Beshmada's Objections to the Claim are sustained; and it is further

17      **ORDERED** that the Claim is disallowed in its entirety with prejudice and that

18  Claimants shall not recover anything on account of the Claim; and it is further

19      **ORDERED** that Beshmada is the prevailing party with respect to Beshmada's

20  Objections to the Claim; and it is further

21

22

23

24

25

26

27

28

PRINTED ON
RECYCLED PAPER

Jeffer Mangels
Butler & Mitchell LLP

JMBM

1

2        **ORDERED** that Beshmada is entitled to recover, and shall recover, from 241 Fifth

3 Ave. Hotel, LLC and Hazak Associates LLC, jointly and severally, $_____ in

4 attorney's fees and $_____ in costs, for a total of $_____.

5

6                            ##

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23 Date: June 9, 2015

24 _____

25 Barry Russell
United States Bankruptcy Judge

26

27

28

PRINTED ON
RECYCLED PAPER

JMBM | Jeffer Mangels
Butler & Mitchell LLP